**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: December 13, 2024 | DC Docket #: 1:22-cv-2234 |
| Docket #: 24-3252 | DC Court: EDNY (BROOKLYN) |
| Short Title: Women of Color for Equal Justice v. The City of New York | Trial Judge - Eric R. Komitee<br>Magistrate Judge - Lois B. Bloom |

## DOCKETING NOTICE

A notice of appeal filed by Remo Dello Ioio, Suzanne Deegan, Maritza Romero, Julia Harding, Christine O'Reilly, Sara Coombs-Moreno, Jesus Coombs, Angela Velez, Sancha Browne, Zena Wouadjou, Charisse Ridulfo, Tracy Ann Francis Martin, Kareem Campbell, Michelle Hemmings Harrington, Carla Grant, Ophela Inniss, Cassandra Chandler, Aura Moody, Evelyn Zapata, Sean Milan, Sonia Hernandez, Bruce Reid, Joseph Rullo, Curtis Boyce, Rasheen Odom, Jessica Csepku, Joseph Saviano, Edward Weber, Roseanne Mustacchia, Natalya Hogan, Frankie Trotman, Maria Figaro, Paula Smith, Lyndsay Wanser, Sarah Wiesel, Christian Murillo, Dianne Baker-Pacius, Dawn Schol, Suzanne Schroeter, Althea Brissett, Tracey Howard, Marc Rosiello, Audrey Dennis, Marie Joseph, Patricia Catoire, Sally Mussafi, Colette Caesar, Bertram Scott, Diane Pagen, Stella M Preston, Rachelle Garcia, Julie Lawley, Susanne Phillip, Maria Estrada, Jennette Frazer in the above referenced case was docketed today as 24-3252. This number must appear on all documents related to this case that are filed in this Court. For pro se parties the docket sheet with the caption page, and an Acknowledgment and Notice of Appearance Form are enclosed. In counseled cases the docket sheet is available on PACER. Counsel must access the Acknowledgment and Notice of Appearance Form from this Court's website http://www.ca2.uscourts.gov.

The form must be completed and returned within 14 days of the date of this notice. The form requires the following information:

<u>YOUR CORRECT CONTACT INFORMATION</u>: Review the party information on the docket sheet and note any incorrect information in writing on the Acknowledgment and Notice of Appearance Form.

The Court will contact one counsel per party or group of collectively represented parties when serving notice or issuing our order. Counsel must designate on the Acknowledgment and Notice of Appearance a lead attorney to accept all notices from this Court who, in turn will, be responsible for notifying any associated counsel.

CHANGE IN CONTACT INFORMATION: An attorney or pro se party who does not immediately notify the Court when contact information changes will not receive notices, documents and orders filed in the case.

An attorney and any pro se party who is permitted to file documents electronically in ACMS must notify the Court of a change to the user's mailing address, business address, telephone number, or e-mail. To update contact information, a Filing User must access PACER's Manage My Appellate Filer Account, https://www.pacer.gov/psco/cgi-bin/cmecf/ea-login.pl. The Court's records will be updated within 1 business day of a user entering the change in PACER.

A pro se party who is not permitted to file documents electronically must notify the Court of a change in mailing address or telephone number by filing a letter with the Clerk of Court.

CAPTION: In an appeal, the Court uses the district court caption pursuant to FRAP 12(a), 32(a). For a petition for review or original proceeding the Court uses a caption pursuant to FRAP 15(a) or 21(a), respectively. Please review the caption carefully and promptly advise this Court of any improper or inaccurate designations in writing on the Acknowledgment and Notice of Appearance form. If a party has been terminated from the case the caption may reflect that change only if the district court judge ordered that the caption be amended.

APPELLATE DESIGNATIONS: Please review whether petitioner is listed correctly on the party listing page of the docket sheet and in the caption. If there is an error, please note on the Acknowledgment and Notice of Appearance Form. Timely submission of the Acknowledgment and Notice of Appearance Form will constitute compliance with the requirement to file a Representation Statement required by FRAP 12(b).

For additional information consult the Court's instructions posted on the website.

Inquiries regarding this case may be directed to 212-857-8551.