**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____

SARA COOMBS-MORENO, REMO DELLO IOIO, ELIZBETH LOIACONO, SUZANNE DEEGAN, MARITZA ROMERO, JULIA. HARDING, CHRISTINE O'REILLY, AYSE P. USTARES, JESUS COOMBS, ANGELA VELEZ, SANCHA BROWNE, ZENA WOUADJOU, CHARISSE RIDULFO, TRACY-ANN FRANCIS MARTIN, KAREEM CAMPBELL, MICHELLE HEMMINGS HARRINGTON, MARK MAYNE, CARLA GRANT, OPHELA INNISS, CASSANDRA CHANDLER, AURA MOODY, EVELYN ZAPATA, SEAN MILAN, SONIA HERNANDEZ, BRUCE REID, JOSEPH RULLO, AND CURTIS BOYCE, JOSESPH SAVIANO, MONIQUE MOORE, NATALYA HOGAN, JESSICA CSEPKU, ROSEANNE MUSTACCHIA, YULONDA SMITH, MARIA FIGARO, RASHEEN ODOM, FRANKIE TROTMAN, EDWARD WEBER, MERVILYN WALLEN, PAULA SMITH, SARAH WIESEL SUZANNE SCHROETER, DAWN SCHOL, LYNDSAY WANSER, CHRISTIAN MURILLO, MONIQUE MORE, NATALYA HOGAN, ROSEANNE MUSTACCHIA, YULONDA SMITH, MARIA FIGARO, RASHEEN ODOM, SARAH WIESEL, ALTHEA BRISSETT, TRACEY HOWARD, MARC ROSIELLO, AUDREY DENNIS, MARIE JOSEPH, TINA LUNCH, PATRICIA CATOIRE, MARK WHITSETT, SALLY MUSSAFI, COLETTE CAESAR, BERTRAM SCOTT, DIANE PAGEN, STELLA M. PRESTON  individually and on behalf of similarly situated individuals,

                             Plaintiffs,

        v.

THE CITY OF NEW YORK, MAYOR ERIC L. ADAMS, COMISSIONER ASHWIN VASAN, MD, PHD, FORMER MAYOR BILL deBLASIO, COMISSIONER ASHWIN VASAN, MD, PHD,  AND FORMER COMMISSIONER DAVE A. CHOKSHI, M.D., MSC., DEPARTMENT OF HEALTH AND MENTAL HYGIENE, DEPARTMENT OF EDUCATION, AND DOES 1-20

                            Defendants.

INDEX No.: 1:22 CV 02234-EK-LB

**NOTICE OF APPEAL**

Notice is hereby given that the following parties:

SARA COOMBS-MORENO, REMO DELLO IOIO, ELIZBETH LOIACONO, SUZANNE DEEGAN, MARITZA ROMERO, JULIA. HARDING, CHRISTINE O'REILLY, AYSE P. USTARES, JESUS COOMBS, ANGELA VELEZ, SANCHA BROWNE, ZENA WOUADJOU, CHARISSE RIDULFO, TRACY-ANN FRANCIS MARTIN, KAREEM CAMPBELL, MICHELLE HEMMINGS HARRINGTON, MARK MAYNE, CARLA GRANT, OPHELA INNISS, CASSANDRA CHANDLER, AURA MOODY, EVELYN ZAPATA, SEAN MILAN, SONIA HERNANDEZ, BRUCE REID, JOSEPH RULLO, AND CURTIS BOYCE, JOSESPH SAVIANO, MONIQUE MOORE, NATALYA HOGAN, JESSICA CSEPKU, ROSEANNE MUSTACCHIA, YULONDA SMITH, MARIA FIGARO, RASHEEN ODOM, FRANKIE TROTMAN, EDWARD WEBER, MERVILYN WALLEN, PAULA SMITH, SARAH WIESEL SUZANNE SCHROETER, DAWN SCHOL, LYNDSAY WANSER, CHRISTIAN MURILLO, MONIQUE MORE, NATALYA HOGAN, ROSEANNE MUSTACCHIA, YULONDA SMITH, MARIA FIGARO, RASHEEN ODOM, SARAH WIESEL, ALTHEA BRISSETT, TRACEY HOWARD, MARC ROSIELLO, AUDREY DENNIS, MARIE JOSEPH, TINA LUNCH, PATRICIA CATOIRE, MARK WHITSETT, SALLY MUSSAFI, COLETTE CAESAR, BERTRAM SCOTT, DIANE PAGEN, STELLA M. PRESTON

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the order entered on <u>September 25, 2024</u> and Plaintiffs hereby requests the Second Circuit to answer the following pure questions of law:

1.  Does the OSH Act under 29 U.S.C. §660 Section 11(c)(1) & (2) provide a private right to any employee who is wrongfully discharged by any public or private employer for exercising their First Amendment Free Exercise religious practice of refusing immunization/vaccines, medical treatment or medical testing, which religious practice is protected by the statutory provision of the OSH Act under 29 U.S.C. §669 Section 20(a)(5);

2.  Does Section 1983 provide a private right of action for monetary and injunctive relief for the enforcement of a New York City vaccine mandate municipal law that:

    a.  violated the First Amendment Free Exercise Clause under both the strict scrutiny and rational basis tests; and

    b.  violated the federal OSH Act Preemption Clause under 29 USC §667 Sec. 18(a) Preemption clause and the OSH Act anti-discrimination clause under 29 U.S.C.

§660 Section 11(c)(1) and the anti-vaccine mandate clause under 29 U.S.C. §669 Section 20(a)(5);

3.  Should expert affidavits and plaintiffs affidavits attached to a complaint containing evidence to prove an essential element of a Plaintiffs claim and relied upon in a complaint through an incorporation by reference be considered a "written instrument" under FRCP Rule 10(a) and reviewed and considered as part of a complaint on a motion to dismiss; and

4.  Does Judicial Canon 3B6 of the Code of Conduct for the United States Judges require a district court judge to at least hold a hearing to investigate and interrogate through questioning of a lawyer on the record who has been charged by an opposing lawyer through a FRCP Rule 11 Sanction Motion and Rule 60(b)(3) of having committed fraud on the court for making a legal contention that was legally indefensible and groundless in law for which s judge is provided copies of over 200 cases as evidence indicating the likelihood of unprofessional conduct by the offending lawyer.

5.  Is it a breach of Judicial Canon 3A(2) for a federal district court judge to deny a litigant the right to a hearing with oral argument  dismiss all claims of a litigant after deny all requests from a litigant

6.  Does the discovery of federal district judge's disqualification  and subject to discipline under

October 24, 2024                                    Respectfully submitted,
                                                   /s/ *Jo Saint-George*
                                                   _____
                                                   Jo Saint-George, Esq. (Pro Hoc)
                                                   Women of Color for Equal Justice
                                                   Co-Counsel for Class Plaintiffs
                                                   14216 Dunwood Valley Dr
                                                   Bowie MD 20721-1246
                                                   jo@woc4equaljustice.org

Donna Este-Green, Esq. Bar#2517688
*Attorney for Class Plaintiffs*
*25 Fairway Dr.*
*Hempstead, NY 11550*
Women of Color for Equal Justice

Tricia S. Lindsay, Esq.
531 E. Lincoln Ave., Suite 5B
Mount Vernon, New York 10552
ph:  860-783-8877
fax:  914-840-1196
email: TriciaLindsayLaw@gmail.com

APPEAL,ACO

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:22−cv−02234−EK−LB

| | |
|---|---|
| Women of Color for Equal Justice et al v. The City of New York | Date Filed: 04/19/2022 |
| Assigned to: Judge Eric R. Komitee | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Lois Bloom | Nature of Suit: 950 Constitutional – State Statute |
| Cause: 28:1331 Fed. Question | Jurisdiction: Federal Question |

**Plaintiff**

**Women of Color for Equal Justice**          represented by          **Jo Saint−George Esq.**
Women of Color For Equal Justice
Maryland
350 E. Diamond Ave.
Suite 4077
Ste Unit 4205
Gaithersburg, MD 20877
602−326−8663
Email: jo@woc4equaljustice.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Remo Dello Ioio**          represented by          **Jo Saint−George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Loiacono**          represented by          **Jo Saint−George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Suzanne Deegan**          represented by          **Jo Saint−George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maritza Romero**          represented by          **Jo Saint−George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia Harding**          represented by          **Jo Saint−George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine O'Reilly**          represented by          **Jo Saint−George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ayse Ustares**          represented by          **Jo Saint−George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sara Coombs–Moreno**

represented by **Jo Saint–George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jesus Coombs**

represented by **Jo Saint–George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Velez**

represented by **Jo Saint–George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sancha Browne**

represented by **Jo Saint–George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amoura Bryan**

represented by **Amoura Bryan**
PRO SE

**Jo Saint–George Esq.**
(See above for address)
*TERMINATED: 10/21/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zena Wouadjou**

represented by **Jo Saint–George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charisse Ridulfo**

represented by **Jo Saint–George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracy Ann Francis Martin**

represented by **Jo Saint–George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kareem Campbell**

represented by **Jo Saint–George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Hemmings Harrington**

represented by **Jo Saint–George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Ayne**

represented by **Jo Saint–George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carla Grant**                          represented by    **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ophela Inniss**                        represented by    **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cassandra Chandler**                   represented by    **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aura Moody**                           represented by    **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evelyn Zapata**                        represented by    **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean Milan**                           represented by    **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonia Hernandez**                      represented by    **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bruce Reid**                           represented by    **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Rullo**                         represented by    **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Curtis Boyce**                         represented by    **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rasheen Odom**                         represented by    **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Csepku**                       represented by

**Jo Saint−George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Joseph Saviano                          represented by   **Jo Saint−George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Monique Morene                          represented by   **Jo Saint−George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Edward Weber                            represented by   **Jo Saint−George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Roseanne Mustacchia                     represented by   **Jo Saint−George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Natalya Hogan                           represented by   **Jo Saint−George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Georgiann Gratsley                      represented by   **Jo Saint−George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Frankie Trotman                         represented by   **Jo Saint−George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Mervilyn Wallen                         represented by   **Jo Saint−George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Maria Figaro                            represented by   **Jo Saint−George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Yulanda Smith                           represented by   **Jo Saint−George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Paula Smith                             represented by   **Jo Saint−George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Lyndsay Wanser                              represented by  **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Sarah Wiesel                                represented by  **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Suzanne Shroeter                            represented by  **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Wanser Lydsay                               represented by  **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Christian Murillo                           represented by  **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Dianne Baker–Pacius                         represented by  **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Marvilyn Wallen                             represented by  **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Dawn Schol                                  represented by  **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Suzanne Schroeter                           represented by  **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Sarah Wiesel                                represented by  **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Althea Brissett                             represented by  **Jo Saint–George Esq.**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

Tracey Howard                               represented by

**Jo Saint−George Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Marc Rosiello                          represented by  **Jo Saint−George Esq.**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Audrey Dennis                          represented by  **Jo Saint−George Esq.**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Marie Joseph                           represented by  **Jo Saint−George Esq.**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Patricia Catoire                       represented by  **Jo Saint−George Esq.**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Sally Mussafi                          represented by  **Jo Saint−George Esq.**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Colette Caesar                         represented by  **Jo Saint−George Esq.**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Bertram Scott                          represented by  **Jo Saint−George Esq.**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Diane Pagen                            represented by  **Jo Saint−George Esq.**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Stella M Preston                       represented by  **Jo Saint−George Esq.**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Rachelle Garcia                        represented by  **Jo Saint−George Esq.**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Julie Lawley                           represented by  **Jo Saint−George Esq.**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susanne Phillip**                            represented by   **Jo Saint−George Esq.**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Estrada**                              represented by   **Jo Saint−George Esq.**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennette Frazer**                            represented by   **Jo Saint−George Esq.**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The City of New York**                       represented by   **Elisheva Leah Rosen**
                                                                New York City Law Department
                                                                Labor and Employment
                                                                100 Church St
                                                                room 2−316
                                                                New York, NY 10007
                                                                212−356−3522
                                                                Fax: 212−356−2349
                                                                Email: erosen@law.nyc.gov
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Eric L. Adams**                              represented by   **Elisheva Leah Rosen**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Department of Health and Mental**            represented by   **Elisheva Leah Rosen**
**Hygiene**                                                     (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Ashwin MD, PhD Vasan**                       represented by   **Elisheva Leah Rosen**
*Commissioner of the Department of*                             (See above for address)
*Health and Mental*                                             *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1−20**

**Defendant**

**New York City Department of**                represented by   **Elisheva Leah Rosen**
**Education**                                                   (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2022 | 1 | COMPLAINT against All Defendants. Filing Fee $ 402, receipt number ANYEDC–15489106 Was the Disclosure Statement on Civil Cover Sheet completed –Yes,, filed by ANGELA VELEZ, OPHELA INNISS, CHRISTINE O'REILLY, SONIA HERNANDEZ, Remo DELLO IOIO, KAREEM CAMPBELL, CASSANDRA CHANDLER, Women of Color for Equal Justice, MICHELLE HEMMINGS HARRINGTON, AURA MOODY, TRACY ANN FRANCIS MARTIN, AMOURA BRYAN, CURTIS BOYCE, BRUCE REID, SEAN MILAN, JULIA HARDING, JOSEPH RULLO, ELIZABETH LOIACONO, SARA COOMBS–MORENO, SANCHA BROWN, ZENA WOUADJOU, CHARISSE RIDULFO, CARLA GRANT, AYSE USTARES, SUZANNE DEEGAN, EVELYN ZAPATA, JESUS COOMBS, MARK AYNE, MARITZA ROMERO. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons) (Saint–George Esq., Jo) . (Additional attachment(s) added on 4/20/2022: # 3 Exhibit List, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 18–b, # 23 Exhibit 18–c, # 24 Exhibit 18–d, # 25 Exhibit 19, # 26 Exhibit 20, # 27 Exhibit 21, # 28 Exhibit 22, # 29 Exhibit 23, # 30 Exhibit 24, # 31 Exhibit 25, # 32 Exhibit 26, # 33 Exhibit 27) (Davis, Kimberly). (Attachment 9 replaced on 4/25/2022) (Davis, Kimberly). (Entered: 04/19/2022) |
| 04/20/2022 | | NOTICE:The Clerk's Office cannot assign this case without a completed Civil Cover Sheet. Counsel is directed to forward a completed (2 Page Form)Civil Cover Sheet, answering all questions***INCLUDING QUESTIONS 1) AND 2)a) the NY–E Division of Business Rule 50.1(d)(2) section on the second page***. Please use the event Proposed Summons/Civil Cover Sheet (Davis, Kimberly) (Entered: 04/20/2022) |
| 04/20/2022 | 2 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. :Please see Corrections made on this case (Davis, Kimberly). (Entered: 04/20/2022) |
| 04/20/2022 | 3 | MOTION to Appear Pro Hac Vice *(Jo Saint–George Esq.)* by Mark Ayne, Curtis Boyce, Sancha Brown, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Suzanne Deegan, Tracy Ann Francis Martin, Carla Grant, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Sean Milan, Aura Moody, Christine O'Reilly, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Ayse Ustares, Angela Velez, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Attachments: # 1 Affidavit) (Davis, Kimberly) (Entered: 04/20/2022) |
| 04/20/2022 | | PRO HAC VICE FILING FEE PAID( Jo Saint–George Esq.): $ 150.00, receipt number ANYEDC–15491489 (Davis, Kimberly) (Entered: 04/20/2022) |
| 04/20/2022 | | Case Assigned to Judge Eric R. Komitee and Magistrate Judge Lois Bloom. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Motions referred to Lois Bloom. (Davis, Kimberly) (Entered: 04/20/2022) |
| 04/20/2022 | 4 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences.** Do NOT return or file the consent unless all parties have signed the consent. (Davis, Kimberly) (Entered: 04/20/2022) |
| 04/20/2022 | 5 | Summons Issued as to Eric L. Adams, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Davis, Kimberly) (Entered: 04/20/2022) |
| 04/22/2022 | | ORDER granting 3 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, |

|  |  | the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Ordered by Magistrate Judge Lois Bloom on 4/22/2022. (Yindra, Hannah) (Entered: 04/22/2022) |
|---|---|---|
| 05/05/2022 | 6 | NOTICE of Appearance by Elisheva Leah Rosen on behalf of Eric L. Adams, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan (aty to be noticed) (Rosen, Elisheva) (Entered: 05/05/2022) |
| 05/06/2022 | 7 | MOTION for Extension of Time to File Response/Reply *Letter Motion Requesting Extension of Time to Respond to Complaint*, MOTION for Extension of Time to File *Letter Motion Requesting Extension of Time to Respond to Complaint* by Eric L. Adams, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Rosen, Elisheva) (Entered: 05/06/2022) |
| 05/09/2022 |  | ORDER: Defendants request, with plaintiffs' consent, an extension of time to respond to the Complaint. ECF No. 7 . The request is granted. Defendants shall respond to plaintiffs' Complaint by July 11, 2022. Ordered by Magistrate Judge Lois Bloom on 5/9/2022. (Yindra, Hannah) (Entered: 05/09/2022) |
| 06/10/2022 | 8 | AMENDED COMPLAINT *and Notice of Amendment* against All Plaintiffs, filed by Rasheen Odom, Jessica Csepku, Joseph Saviano, Monique Morene, Edward Weber, Roseanne Mustacchia, Natalya Hogan, Georgiann Gratsley, Frankie Trotman, Mervilyn Wallen, Maria Figaro, Yulanda Smith. (Saint–George Esq., Jo) (Entered: 06/10/2022) |
| 07/01/2022 | 9 | MOTION for Extension of Time to File Response/Reply *by Defendants and Plaintiff Leave To File Second Amended Complaint* by Mark Ayne, Curtis Boyce, Sancha Brown, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Sean Milan, Aura Moody, Monique Morene, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Edward Weber, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Saint–George Esq., Jo) (Entered: 07/01/2022) |
| 07/05/2022 |  | ORDER granting in part and denying in part 9 MOTION for Extension of Time to File Response/Reply *by Defendants and Plaintiff Leave To File Second Amended Complaint* ––– Plaintiff may file a second amended complaint by July 11, 2022 and Defendants shall move, answer or otherwise respond by July 25, 2022. The request to submit a motion for a pre–motion letter of up to seven pages is denied with leave to renew once the second amended complaint is filed. Any renewed motion shall state the reason for the request. Ordered by Judge Eric R. Komitee on 7/5/2022. (Guy, Alicia) (Entered: 07/05/2022) |
| 07/11/2022 | 10 | AMENDED COMPLAINT *Second* against All Defendants, filed by Maria Figaro, Ophela Inniss, Christine O'Reilly, Yulanda Smith, Sonia Hernandez, Remo Dello Ioio, Kareem Campbell, Natalya Hogan, Women of Color for Equal Justice, Michelle Hemmings Harrington, Mervilyn Wallen, Tracy Ann Francis Martin, Bruce Reid, Sean Milan, Joseph Rullo, Edward Weber, Zena Wouadjou, Carla Grant, Jessica Csepku, Evelyn Zapata, Jesus Coombs, Monique Morene, Angela Velez, Georgiann Gratsley, Rasheen Odom, Cassandra Chandler, Amoura Bryan, Aura Moody, Curtis Boyce, Frankie Trotman, Julia Harding, Elizabeth Loiacono, Sara Coombs–Moreno, Joseph Saviano, Sancha Brown, Charisse Ridulfo, Ayse Ustares, Suzanne Deegan, Mark Ayne, Roseanne Mustacchia, Maritza Romero, Paula Smith. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4) (Saint–George Esq., Jo) (Entered: 07/12/2022) |
| 07/18/2022 | 11 | MOTION for Leave to File Excess Pages *Municipal Defendants respectfully request that the page limit for the upcoming pre–motion letter be increased from three pages (3) to seven pages (7).* by Eric L. Adams, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Rosen, Elisheva) (Entered: 07/18/2022) |

| | | |
|---|---|---|
| 07/19/2022 | 12 | RESPONSE in Opposition re 11 MOTION for Leave to File Excess Pages *Municipal Defendants respectfully request that the page limit for the upcoming pre–motion letter be increased from three pages (3) to seven pages (7). Alternatively Plaintiffs Request To File Excess Pages* filed by All Plaintiffs. (Saint–George Esq., Jo) (Entered: 07/19/2022) |
| 07/19/2022 | | ORDER re 11 Motion for Leave to File Excess Pages; RESPONSE in Opposition re 11 MOTION for Leave to File Excess Pages –– The Parties' requests to file pre–motion letters of up to seven pages each are granted. Ordered by Judge Eric R. Komitee on 7/19/2022. (Guy, Alicia) (Entered: 07/19/2022) |
| 07/25/2022 | 13 | First MOTION for pre motion conference *Municipal Defendants request a premotion conference for their proposed motion to dismiss and motion to stay the proceeding pending the outcome of parallel lawsuits pending in EDNY and SDNY.* by Eric L. Adams, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Rosen, Elisheva) (Entered: 07/25/2022) |
| 07/25/2022 | 14 | Letter *Motion for Summary Judgment/Declaratory & Injunctive Relief* by Mark Ayne, Curtis Boyce, Sancha Brown, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Sean Milan, Aura Moody, Monique Morene, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Edward Weber, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata (Saint–George Esq., Jo) (Entered: 07/25/2022) |
| 07/27/2022 | 15 | RESPONSE in Opposition re 13 First MOTION for pre motion conference *Municipal Defendants request a premotion conference for their proposed motion to dismiss and motion to stay the proceeding pending the outcome of parallel lawsuits pending in EDNY and SDNY. Municipal Defendants write in opposition to Plaintiffs pre–motion letter requesting permission to file a motion for summary judgment (ECF Dkt. No. 14).* filed by Eric L. Adams, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Rosen, Elisheva) (Entered: 07/27/2022) |
| 07/29/2022 | 16 | Letter *Response to Def. Letter Motion to Dismiss* by Mark Ayne, Curtis Boyce, Sancha Brown, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Sean Milan, Aura Moody, Monique Morene, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Edward Weber, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata (Attachments: # 1 Exhibit A – Pl. Responsive Letter Motion) (Saint–George Esq., Jo) (Entered: 07/29/2022) |
| 09/02/2022 | 17 | Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction* by Mark Ayne, Curtis Boyce, Sancha Brown, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Sean Milan, Aura Moody, Monique Morene, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Edward Weber, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Attachments: # 1 Memorandum in Support MOL for TRO/Preliminary Injunction, # 2 Proposed Order Proposed Order for TRO/Preliminary Injunction, # 3 Declaration Declaration of Jo Saint–George, # 4 Affidavit in Support Affidavit – Dr. Baxter Montgomery, # 5 Affidavit in Support Affidavit – Bruce Miller,, # 6 Affidavit in Support Affidavit – Remo Dello Ioio, # 7 Affidavit in Support Affidavit – E. Loiacono, # 8 Affidavit in Support Affidavit – J. Harding, # 9 Affidavit in Support Affidavit – A. Ustares, # 10 Affidavit in Support Affidavit – S. Coombs Moreno, # 11 |

| | | |
|---|---|---|
| | | Affidavit in Support Affidavit – S. Brown, # 12 Affidavit in Support Affidavit – A. Bryan, # 13 Affidavit in Support Affidavit – Z. Wouadjou, # 14 Affidavit in Support Affidavit – T. Martin, # 15 Affidavit in Support Affidavit – M. Hemmings, # 16 Affidavit in Support Affidavit – B. Reid, # 17 Affidavit in Support Affidavit – J. Rullo, # 18 Affidavit in Support Affidavit – J. Coombs, # 19 Exhibit Ex. 1 –NYC Vaccine Order – 8–24–2021, # 20 Exhibit Ex. 2 NYC Vaccine Order – 9–12–2021, # 21 Exhibit Ex. 3 NYC Vaccine Order – 9–15–2021, # 22 Exhibit Ex. 4 NYC Vaccine Order – 9–28–2021, # 23 Exhibit Ex. 5 – NYC Vaccine Order – 10–20–2021, # 24 Exhibit Ex. 6 – NYC Vaccine Order – 10–21–2021, # 25 Exhibit Ex. 7 – NYC Vaccine Order 11–15–2021, # 26 Exhibit Ex. 8 – NYC Vaccine Order 12–2–2021, # 27 Exhibit Ex. 9 – NYC Vaccine Order 12–13–2021, # 28 Exhibit Ex. 10 – OSH Act 1970, # 29 Exhibit Ex. 11 – Harassing Letters from NY City, # 30 Exhibit Ex. 12 – OSHA Regs – Respiratory, # 31 Exhibit Ex. 13 – All About OSHA, # 32 Exhibit Ex. 14 – NYC Corporate Counsel Vaccine Exemption Guidance, # 33 Exhibit Ex. 15 – OSHA Variance List, # 34 Exhibit Ex. 16 – WHO Declares Covid–19 Global Pandemic, # 35 Exhibit Ex. 17 – WHO Declared H1N1 Global Pandemic 2009, # 36 Exhibit Ex. 18 – CDC – Explains Covid Transmission, # 37 Exhibit Ex. 19 –NIOSHA Respiratory Tool Kit, # 38 Exhibit Ex. 20 – NY Public Health Laws Prohibits Adult Vax, # 39 Exhibit Ex. 21 – NYC Vaccine Regulation, # 40 Exhibit Ex. 22 – NY Law Felony to Prescribe w/o Lincense, # 41 Exhibit Ex. 23 – NY Civil Service Discipline Law, # 42 Exhibit Ex. 24 – OSHA –Public K–12 Respiratory Guidance, # 43 Exhibit Ex. 25 – NY OSHA State Plan, # 44 Exhibit Ex. 26 – NYDOC Directive on Respiratory Standards, # 45 Exhibit Ex. 27 – Ford Motor Press Release Manufacture of PAPR, # 46 Exhibit Ex. 28 – NYC Budget Office Federal Covid Funding Received, # 47 Exhibit Ex. 29 – OSH Solicitor Brief on NO ETS Needed for New Standards, # 48 Exhibit Ex. 30– OSHA ETS –June 2021, # 49 Exhibit Ex. 31 – NY Time Article re City Employees on LWOP) (Saint–George Esq., Jo) (Attachment 1 replaced on 9/6/2022) (Davis, Kimberly). (Entered: 09/02/2022) |
| 09/06/2022 | | ORDER denying 17 Motion for TRO –– The application for a temporary restraining order 17 is denied, as Plaintiffs have not, at this stage, established a sufficient likelihood of success on the merits. An order scheduling a pre–motion conference will follow shortly. Ordered by Judge Eric R. Komitee on 9/6/2022. (Hsu, Aaron) (Entered: 09/06/2022) |
| 09/06/2022 | | ORDER granting 13 Motion for Pre Motion Conference –– A pre–motion conference will be held on September 13, 2022, at 11:30 a.m. in person in Courtroom 6G North. Ordered by Judge Eric R. Komitee on 9/6/2022. (Guy, Alicia) (Entered: 09/06/2022) |
| 09/07/2022 | 18 | MOTION for Leave to File Document *Letter Motion for Clarification of Order* by Mark Ayne, Curtis Boyce, Sancha Brown, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Sean Milan, Aura Moody, Monique Morene, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Edward Weber, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Attachments: # 1 Exhibit #1 to Letter Motion for Clarification of Order) (Saint–George Esq., Jo) (Entered: 09/07/2022) |
| 09/07/2022 | | Motions terminated, docketed incorrectly: 18 MOTION for Leave to File Document *Letter Motion for Clarification of Order* filed by Michelle Hemmings Harrington, Paula Smith, Remo Dello Ioio, Evelyn Zapata, Sara Coombs–Moreno, Suzanne Deegan, Charisse Ridulfo, Yulanda Smith, Cassandra Chandler, Rasheen Odom, Edward Weber, Sancha Brown, Curtis Boyce, Joseph Saviano, Aura Moody, Julia Harding, Natalya Hogan, Jesus Coombs, Roseanne Mustacchia, Bruce Reid, Mark Ayne, Christine O'Reilly, Georgiann Gratsley, Kareem Campbell, Angela Velez, Joseph Rullo, Frankie Trotman, Amoura Bryan, Tracy Ann Francis Martin, Monique Morene, Ayse Ustares, Women of Color for Equal Justice, Carla Grant, Mervilyn Wallen, Maria Figaro, Jessica Csepku, Zena Wouadjou, Sean Milan, Ophela Inniss, Sonia Hernandez, Elizabeth Loiacono, Maritza Romero. (Galeano, Sonia) (Entered: 09/07/2022) |

| | | |
|---|---|---|
| 09/07/2022 | 19 | Letter MOTION for More Definite Statement *Request for Clarification of Court Order dated 9/6/2022* by Mark Ayne, Curtis Boyce, Sancha Brown, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Sean Milan, Aura Moody, Monique Morene, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Edward Weber, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Attachments: # 1 Exhibit #1 to Letter Motion for Clarification of Order) (Saint–George Esq., Jo) (Entered: 09/07/2022) |
| 09/13/2022 | 20 | Emergency MOTION for Reconsideration *of TRO To Maintain Status Quo of NYC Vaccine Orders* by Mark Ayne, Curtis Boyce, Sancha Brown, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Sean Milan, Aura Moody, Monique Morene, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Edward Weber, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Saint–George Esq., Jo) (Entered: 09/13/2022) |
| 09/13/2022 | 21 | Minute Entry for proceedings held before Judge Eric R. Komitee: Pre Motion Conference held on 9/13/2022. Case called. Discussion held. The Court set the following schedule: Defendants' response shall be filed by September 23, 2022 and shall not exceed thirty pages; and Plaintiffs' reply shall be filed no later than September 30, 2022 and shall not exceed twenty pages. If Plaintiffs choose to amend their complaint further, they may do so by September 15, 2022. (FTR Log #12:01 – 12:48.) (Guy, Alicia) (Entered: 09/13/2022) |
| 09/14/2022 | | ORDER denying 20 Motion for Reconsideration –– The application for a temporary restraining order 20 is denied, as Plaintiffs have not, at this stage, established a sufficient likelihood of success on the merits. Among other things, Plaintiffs have not explained why the rescission of the City's rule would place them in a worse position than presently. Ordered by Judge Eric R. Komitee on 9/14/2022. (Hsu, Aaron) (Entered: 09/14/2022) |
| 09/15/2022 | 22 | AMENDED COMPLAINT *THIRD* against All Plaintiffs, filed by Maria Figaro, Ophela Inniss, Paula Smith, Christine O'Reilly, Yulanda Smith, Sonia Hernandez, Remo Dello Ioio, Kareem Campbell, Natalya Hogan, Women of Color for Equal Justice, Michelle Hemmings Harrington, Mervilyn Wallen, Tracy Ann Francis Martin, Bruce Reid, Sean Milan, Joseph Rullo, Edward Weber, Zena Wouadjou, Carla Grant, Jessica Csepku, Evelyn Zapata, Jesus Coombs, Monique Morene, Angela Velez, Georgiann Gratsley, Rasheen Odom, Cassandra Chandler, Amoura Bryan, Aura Moody, Curtis Boyce, Frankie Trotman, Julia Harding, Elizabeth Loiacono, Sara Coombs–Moreno, Joseph Saviano, Sancha Brown, Charisse Ridulfo, Ayse Ustares, Suzanne Deegan, Mark Ayne, Roseanne Mustacchia, Maritza Romero. (Saint–George Esq., Jo) (Entered: 09/15/2022) |
| 09/16/2022 | 23 | TRANSCRIPT of Proceedings held on September 13, 2022, before Judge Komitee. Court Reporter/Transcriber Transcriptions Plus II, Inc. Email address: RL.Transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 10/7/2022. Redacted Transcript Deadline set for 10/17/2022. Release of Transcript Restriction set for 12/15/2022. (Hong, Loan) (Entered: 09/16/2022) |
| 09/19/2022 | 24 | NOTICE of Appearance by Elisheva Leah Rosen on behalf of New York City Department of Education (aty to be noticed) (Rosen, Elisheva) (Entered: 09/19/2022) |

| | | |
|---|---|---|
| 09/23/2022 | 25 | RESPONSE in Opposition re 19 Letter MOTION for More Definite Statement *Request for Clarification of Court Order dated 9/6/2022 CITY DEFENDANTS MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION* filed by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, Ashwin MD, PhD Vasan. (Rosen, Elisheva) (Entered: 09/23/2022) |
| 09/23/2022 | 26 | DECLARATION re 25 Response in Opposition to Motion, by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan (Attachments: # 1 Exhibit Exhibit A – DOE Order, # 2 Exhibit Exhibit B – City Order, # 3 Exhibit Exhibit C – OSHA COVID–19 Guidelines, # 4 Exhibit Exhibit D – Impact Arbitration Award) (Rosen, Elisheva) (Entered: 09/23/2022) |
| 09/30/2022 | 27 | REPLY in Support re 25 Response in Opposition to Motion, *Reply Motion In Support of Preliminary Injunction* filed by All Plaintiffs. (Attachments: # 1 Exhibit Exhibit #1, # 2 Proposed Order Proposed Order for Preliminary Injunction) (Saint–George Esq., Jo) (Entered: 09/30/2022) |
| 10/03/2022 | 28 | MOTION for Extension of Time to File *City Defendants respectfully submit this letter motion for leave to file a sur–reply in response to points raised for the first time in Plaintiffs September 30, 2022 reply memorandum in support of their motion for a preliminary injunction.*, MOTION for Extension of Time to File Response/Reply *City Defendants respectfully submit this letter motion for leave to file a sur–reply in response to points raised for the first time in Plaintiffs September 30, 2022 reply memorandum in support of their motion for a preliminary injunction.* by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Rosen, Elisheva) *Modified on 10/4/2022 to correct the motion type to Motion for Leave to File Document.* (AG). (Entered: 10/03/2022) |
| 10/03/2022 | 29 | RESPONSE in Opposition re 28 MOTION for Extension of Time to File *City Defendants respectfully submit this letter motion for leave to file a sur–reply in response to points raised for the first time in Plaintiffs September 30, 2022 reply memorandum in support of their motion f MOTION for Extension of Time to File Response/Reply City Defendants respectfully submit this letter motion for leave to file a sur–reply in response to points raised for the first time in Plaintiffs September 30, 2022 reply memorandum in support Letter Motion In Opposition or Expedited Hearing* filed by All Plaintiffs. (Saint–George Esq., Jo) (Entered: 10/03/2022) |
| 10/04/2022 | 30 | REPLY in Support re 27 Reply in Support, *Amended Proposed Preliminary Injunction* filed by All Plaintiffs. (Saint–George Esq., Jo) (Entered: 10/04/2022) |
| 10/04/2022 | | ORDER granting 28 Motion for Leave to File –– The application is granted. The City Defendants may file a sur–reply, not to exceed five single–spaced pages, by October 11, 2022. Ordered by Judge Eric R. Komitee on 10/4/2022. (AG) (Entered: 10/04/2022) |
| 10/06/2022 | 31 | REPLY in Opposition filed by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Rosen, Elisheva) (Entered: 10/06/2022) |
| 10/07/2022 | 32 | REPLY in Support re 31 Reply in Opposition *Reply in Support of Motion for PI – SurReply to NYC Sur–Reply* filed by All Plaintiffs. (Attachments: # 1 Exhibit Exhibit #1 – DOE Notice of Claims, # 2 Exhibit Exhibit #2 – Confirmation of Notice of Claims, # 3 Exhibit Exhibit #3 – Cover Letter re Notice of Claims, # 4 Exhibit Exhibit #4 –Email from Rosen Receipt of Notice of Claims, # 5 Exhibit Exhibit #5 – DOE Service Requirements, # 6 Exhibit Exhibit #6 –NYC Law Dept Service Requirements, # 7 Exhibit Exhibit #7 –Comptroller Notice of Claim Portal, # 8 Exhibit Exhibit #8 –NYCHRL – Religion Protected Class) (Saint–George Esq., Jo) (Entered: 10/07/2022) |
| 10/26/2022 | 33 | Emergency MOTION for Temporary Restraining Order *Preliminary Injunction & Motion for Conditional Class Certification* by Sarah Wiesel, Suzanne Shroeter, Wanser Lydsay, Christian Murillo. (Attachments: # 1 Proposed Order Proposed Order To Show Cause for TRO, # 2 Memorandum in Support Memorandum of Law in Support of Renewed Motion for TRO & Preliminary Injunction & Conditional Class |

| | | |
|---|---|---|
| | | Certification, # 3 Proposed Judgment Proposed Injunction with Findings of Fact and Conclusions of Law, # 4 Exhibit Exhibit A – Garvey Decision, # 5 Exhibit Exhibit B – NYC List of Labor Agreements, # 6 Exhibit Exhibit C – Letter & Article re NYC Union Negotiations, # 7 Exhibit Exhibit D – Sanitation Illegal Religious Exemption Labor Union Agreement, # 8 Exhibit Exhibit E – SEIU Illegal Labor Agreement, # 9 Exhibit Exhibit F – NLRB Subjects of Bargaining, # 10 Exhibit Exhibit G – Indeed List of Job with Covid Vax Requirement, # 11 Exhibit Exhibit H – NYC Motion to Dismiss Garvey Case, # 12 Exhibit Exhibit I – UE Benefit Decision, # 13 Exhibit Exhibit J – ALJ Decision, # 14 Exhibit Exhibit K – OSHA Toxic Substances Guide) (Saint–George Esq., Jo) (Entered: 10/26/2022) |
| 11/01/2022 | 34 | Letter *Regarding Clerical Error in ECF Doc #33 & Notice re Virtual Appearance* by Mark Ayne, Curtis Boyce, Sancha Brown, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Jo Saint–George, Esq., Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata (Saint–George Esq., Jo) (Entered: 11/01/2022) |
| 11/01/2022 | 35 | REPLY in Opposition re 34 Letter,,, 33 Emergency MOTION for Temporary Restraining Order *Preliminary Injunction & Motion for Conditional Class Certification* , RESPONSE in Opposition re 33 Emergency MOTION for Temporary Restraining Order *Preliminary Injunction & Motion for Conditional Class Certification* filed by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Rosen, Elisheva) (Entered: 11/01/2022) |
| 11/02/2022 | 36 | Emergency MOTION for Temporary Restraining Order *REPLY In Support of Second TRO and Motion for Declaratory Judgement/Injunction and Motion for Condition Class Certification* by Mark Ayne, Curtis Boyce, Sancha Brown, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Jo Saint–George, Esq., Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Attachments: # 1 Exhibit Exhibit A – 9–13–2022 Hearing Transcript Excerpt) (Saint–George Esq., Jo) (Entered: 11/02/2022) |
| 11/15/2022 | 37 | **MEMORANDUM & ORDER** –– The second application for a temporary restraining order, ECF No. 33 , is denied. **ORDER ATTACHED**. Ordered by Judge Eric R. Komitee on 11/15/2022. (AG) (Entered: 11/15/2022) |
| 11/16/2022 | 38 | Emergency MOTION to Amend/Correct/Supplement 32 Reply in Support,, 35 Reply in Opposition,,, Response in Opposition to Motion,, 27 Reply in Support, 31 Reply in Opposition, 14 Letter,,, 30 Reply in Support *Plaintiffs Leave to Amend Motion for Preliminary Injunction to Change to Rule 57 Motion for Declaratory & Injunctive Relief per Declaratory Judgment Act* by Mark Ayne, Curtis Boyce, Sancha Brown, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Jo Saint–George, Esq., Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata, Diane |

| | | |
|---|---|---|
| | | Baker–Pascius. (Saint–George Esq., Jo) (Entered: 11/16/2022) |
| 11/18/2022 | 39 | **MEMORANDUM & ORDER:** Plaintiffs' applications for a preliminary injunction are denied, and their request for leave to amend their preliminary injunction papers is denied. Plaintiffs are warned that any further requests for emergency or preliminary relief premised on issues that the Court has already decided will expose them to sanctions for engaging in vexatious litigation. The Court will reserve decision on the pending motion for class certification. A briefing schedule for Defendants' motion to dismiss will be set by separate order. **ORDER ATTACHED.** Ordered by Judge Eric R. Komitee on 11/18/2022. (AH) (Entered: 11/18/2022) |
| 11/18/2022 | | ORDER –– Defendants' motion to dismiss shall be briefed as follows: motion by December 22, 2022; response by January 23, 2023; and reply, if any, by February 6, 2023. As a courtesy to the Court, the parties are encouraged not to file their motion papers and submit courtesy copies until the motion has been fully briefed, unless doing so might cause a party to miss a statutory deadline. See Rule III.C.2 of this Court's Individual Rules and Practices. Ordered by Judge Eric R. Komitee on 11/18/2022. (AH) (Entered: 11/18/2022) |
| 12/02/2022 | 40 | NOTICE OF APPEAL as to 39 Order on Motion for More Definite Statement,,, Order on Motion to Amend/Correct/Supplement,, 37 Order on Motion for TRO, by Mark Ayne, Diane Baker–Pascius, Curtis Boyce, Sancha Brown, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Jo Saint–George, Esq., Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. Appeal Record due by 12/15/2022. (Saint–George Esq., Jo) (Entered: 12/02/2022) |
| 12/02/2022 | | APPEAL FILING FEE DUE re 40 Notice of Appeal, Payment in the amount of $505.00, can be made in person to the clerks office, or mailed in or paid online with the event *Civil Case Appeal Filing Fee*. (VJ) (Entered: 12/02/2022) |
| 12/02/2022 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 40 Notice of Interlocutory Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 12/02/2022) |
| 12/12/2022 | | CIVIL CASE APPEAL FILING FEE: $ 505, receipt number ANYEDC–16219944 (Saint–George Esq., Jo) (Entered: 12/12/2022) |
| 12/13/2022 | | Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 40 Notice of Appeal, CIVIL CASE APPEAL FILING FEE: $ 505, receipt number ANYEDC–16219944 Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 12/13/2022) |
| 12/13/2022 | 41 | MOTION for Extension of Time to File *Notice of Interlocutory Appeal* by Mark Ayne, Dianne Baker–Pacius, Curtis Boyce, Sancha Browne, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Saint–George Esq., Jo) (Entered: 12/13/2022) |
| 12/30/2022 | 42 | MOTION to Withdraw 41 MOTION for Extension of Time to File *Notice of Interlocutory Appeal* by Mark Ayne, Dianne Baker–Pacius, Curtis Boyce, Sancha |

| | | |
|---|---|---|
| | | Browne, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Saint–George Esq., Jo) (Entered: 12/30/2022) |
| 12/30/2022 | <u>43</u> | Letter MOTION to Continue *Adjourn Motion to Dismiss Until After Completion of Interlocutory Appeal* by Mark Ayne, Dianne Baker–Pacius, Curtis Boyce, Sancha Browne, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Saint–George Esq., Jo) (Entered: 12/30/2022) |
| 01/03/2023 | | ORDER granting <u>42</u> Motion to Withdraw <u>41</u> MOTION for Extension of Time to File *Notice of Interlocutory Appeal* –– The application is granted, <u>41</u> MOTION for Extension of Time to File *Notice of Interlocutory Appeal* is withdrawn. Ordered by Judge Eric R. Komitee on 1/3/2023. (AG) (Entered: 01/03/2023) |
| 01/05/2023 | | ORDER denying <u>43</u> Motion to Continue –– The request is denied. Ordered by Judge Eric R. Komitee on 1/5/2023. (AG) (Entered: 01/05/2023) |
| 01/13/2023 | <u>44</u> | Letter MOTION for Extension of Time to File *Opposition to Defendants Motion To Dismiss* by Mark Ayne, Dianne Baker–Pacius, Curtis Boyce, Sancha Browne, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Saint–George Esq., Jo) (Entered: 01/13/2023) |
| 01/18/2023 | | ORDER granting <u>44</u> Motion for Extension of Time to File –– The application is granted on consent. Plaintiffs' time to respond to Defendants' motion to dismiss is extended to February 23, 2023. Defendants' time to reply, if they choose, is extended to March 9, 2023. Ordered by Judge Eric R. Komitee on 1/18/2023. (AG) (Entered: 01/18/2023) |
| 02/13/2023 | | ORDER TO SHOW CAUSE –– The Court has become aware that on February 9, 2023, the New York City Board of Health amended the COVID–19 vaccination requirements for employees of the City and its Department of Education. *See* <u>Order of the Board of Health to Amend the Requirement for COVID–19 Vaccination for City Employees and Employees of Certain City Contractors</u> (Feb. 9, 2023); <u>Order of the Board of Health Amending COVID–19 Vaccination Requirements for Department of Education Employees, Contractors, Visitors and Others</u> (Feb. 9, 2023). In light of this development, by February 27, 2023, Plaintiffs are ordered to show cause, in a letter of three pages or less, why the following requests are not moot: (1) Plaintiffs' request for a declaratory judgment that the challenged vaccine orders are invalid; and (2) their request for injunctive relief against the application of those orders. Defendants should respond, also in a letter of three pages or less, by March 13, |

| | | |
|---|---|---|
| | | 2023. Ordered by Judge Eric R. Komitee on 2/13/2023. (AG) (Entered: 02/13/2023) |
| 02/15/2023 | 45 | ORDER of USCA as to 40 Notice of Appeal,,,, filed by Sarah Wiesel, Suzanne Shroeter, Michelle Hemmings Harrington, Paula Smith, Remo Dello Ioio, Evelyn Zapata, Sara Coombs–Moreno, Suzanne Deegan, Charisse Ridulfo, Wanser Lydsay, Yulanda Smith, Cassandra Chandler, Rasheen Odom, Edward Weber, Curtis Boyce, Joseph Saviano, Aura Moody, Julia Harding, Christian Murillo, Natalya Hogan, Sancha Browne, Jesus Coombs, Roseanne Mustacchia, Bruce Reid, Mark Ayne, Christine O'Reilly, Georgiann Gratsley, Kareem Campbell, Angela Velez, Joseph Rullo, Frankie Trotman, Amoura Bryan, Tracy Ann Francis Martin, Dianne Baker–Pacius, Monique Morene, Ayse Ustares, Women of Color for Equal Justice, Carla Grant, Mervilyn Wallen, Maria Figaro, Lyndsay Wanser, Jessica Csepku, Zena Wouadjou, Sean Milan, Ophela Inniss, Sonia Hernandez, Elizabeth Loiacono, Maritza Romero. IT IS HEREBY ORDERED that, to the extent the motion seeks temporary relief pending review by a three–Judge panel, the motion is DENIED. The motion is REFERRED to a threeJudge motions panel. Certified Copy Issued: 2/15/2023. USCA# 22–3065. (VJ) (Entered: 02/15/2023) |
| 02/22/2023 | 46 | Letter MOTION to Stay *or Alternatively Request for Extension* by Mark Ayne, Dianne Baker–Pacius, Curtis Boyce, Sancha Browne, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Attachments: # 1 Exhibit Ex. 1 – Obituary, # 2 Exhibit Ex. 2 – Medical Record, # 3 Exhibit Ex. 3 – 2nd Cir. Motion, # 4 Exhibit Ex. 4 – Amended Vax Orders & Continued Violations, # 5 Exhibit Ex. 5 – Mayor Threats to Reinstitute Vax Mandates, # 6 Exhibit Ex. 6 – 1st Cir. Opinion re OSHA Private Right of Action) (Saint–George Esq., Jo) (Entered: 02/22/2023) |
| 02/25/2023 | | ORDER granting in part 46 Motion to Stay –– The deadline for Plaintiffs to respond to the Court's Order to Show Cause is extended to March 16, 2023. Defendants shall respond by March 20, 2023. Ordered by Judge Eric R. Komitee on 2/25/2023. (AH) (Entered: 02/25/2023) |
| 03/08/2023 | 47 | MOTION to Dismiss for Failure to State a Claim by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Rosen, Elisheva) (Entered: 03/08/2023) |
| 03/08/2023 | 48 | MEMORANDUM in Support re 47 MOTION to Dismiss for Failure to State a Claim filed by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Rosen, Elisheva) (Entered: 03/08/2023) |
| 03/08/2023 | 49 | AFFIDAVIT/DECLARATION in Support re 47 MOTION to Dismiss for Failure to State a Claim filed by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Attachments: # 1 Exhibit A – DOE Order, # 2 Exhibit B – City Order, # 3 Exhibit C – Supplemental Order, # 4 Exhibit D – Impact Arbitration Decision) (Rosen, Elisheva) (Entered: 03/08/2023) |
| 03/16/2023 | 50 | Letter MOTION for Order to Show Cause *Pl. Ltr re Case Is Not Moot & Private Right of Actions Exists* by Mark Ayne, Dianne Baker–Pacius, Curtis Boyce, Sancha Browne, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, |

| | | |
|---|---|---|
| | | Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Attachments: # 1 Exhibit Ex. 1–3 – Amended Orders, # 2 Exhibit Ex. 4 – Mayor Transcript, # 3 Exhibit Ex. Riech Case) (Saint–George Esq., Jo) (Entered: 03/16/2023) |
| 03/17/2023 | | Motions terminated, docketed incorrectly: 50 Letter MOTION for Order to Show Cause *Pl. Ltr re Case Is Not Moot & Private Right of Actions Exists* filed by Plaintiffs. Docket Entry #50 is not a motion for order to show cause, but a response to the Court's Order to Show Cause dated 2/13/2023. **Do not refile the document**. (AG) (Entered: 03/17/2023) |
| 03/20/2023 | 51 | REPLY in Support *Defendants' respond to Plaintiffs opposition to the Courts order to show cause and in support of the Courts order to show cause* filed by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Rosen, Elisheva) (Entered: 03/20/2023) |
| 03/20/2023 | | ORDER –– A review of the docket indicates that Plaintiffs' response to Defendants' motion to dismiss was due on February 23, 2023, but to date has not been served or filed. Plaintiffs shall file their opposition forthwith on the docket, but in any event no later than Friday March 24. Defendants' reply, if any, will be due on April 3. Ordered by Judge Eric R. Komitee on 3/20/2023. (AG) (Entered: 03/20/2023) |
| 03/28/2023 | 52 | RESPONSE in Opposition re 47 MOTION to Dismiss for Failure to State a Claim filed by All Plaintiffs. (Attachments: # 1 Exhibit Ex. 1 – OSH Act, # 2 Exhibit Ex. 2 – Amended Vax Orders – Transcript) (Saint–George Esq., Jo) (Entered: 03/28/2023) |
| 03/28/2023 | 53 | MOTION to Strike , MOTION for Extension of Time to File Response/Reply by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Rosen, Elisheva) (Entered: 03/28/2023) |
| 03/29/2023 | 54 | RESPONSE in Opposition re 53 MOTION to Strike MOTION for Extension of Time to File Response/Reply filed by All Plaintiffs. (Attachments: # 1 Exhibit Ex. 1 –Evidence of Excusable Neglect) (Saint–George Esq., Jo) (Entered: 03/29/2023) |
| 04/03/2023 | 55 | Letter MOTION for Leave to File Excess Pages *& Expedited Hearing On MSJ with MTD* by Mark Ayne, Dianne Baker–Pacius, Curtis Boyce, Sancha Browne, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Saint–George Esq., Jo) (Entered: 04/03/2023) |
| 04/03/2023 | 56 | REPLY in Support re 48 Memorandum in Support, 49 Affidavit in Support of Motion, 53 MOTION to Strike MOTION for Extension of Time to File Response/Reply , 47 MOTION to Dismiss for Failure to State a Claim filed by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Rosen, Elisheva) (Entered: 04/03/2023) |
| 04/03/2023 | 57 | Fully Briefed MOTION for Summary Judgment *& Declaratory Relief On all Claims* by Mark Ayne, Dianne Baker–Pacius, Curtis Boyce, Sancha Browne, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn |

| | | |
|---|---|---|
| | | Zapata. (Attachments: # 1 Notice of Motion Notice of MSJ, # 2 Declaration Declaration of Attorney Saint–George, # 3 Rule 56.1 Statement SOF in Support of MSJ, # 4 Exhibit Ex. #1 –WHO Emergency Declaration of Covid–19 Pandemic, # 5 Exhibit Ex. #2 – CDC Scientific Brief SARS CoV2 Transmission, # 6 Exhibit Ex. #3– OSHA Regulations, # 7 Exhibit Ex. #4 – 1789 Marine Hospital – Public Health Services, # 8 Exhibit Ex. #5 – 1944 Public Health & Welfare Act, # 9 Exhibit Ex. #5a – PH Act Current, # 10 Exhibit Ex. #5b – Current Communicable Disease Statute, # 11 Exhibit Ex.#6 – 1902 Act to Regulation of Viruses, # 12 Exhibit Ex. #7 – OSH Act – Highlighted, # 13 Exhibit Ex. #8 – OSHA Ventilation Regs, # 14 Exhibit Ex. #9 – Air Purification Reg, # 15 Exhibit Ex. #10 – 1972 Communicable Disease Control Program, # 16 Exhibit Ex. #11 – WHO Declares H1N1 Global Pandemic 2009, # 17 Exhibit Ex. #12 – NIOSHA & CDC Respiratory Toolkit, # 18 Affidavit in Support Ex. #13 – Aff. OSHA Expert B. Miller, # 19 Affidavit in Support Ex #14 – Aff. Expert Dr. Montgomery, MD, # 20 Exhibit Ex. #15 – OSHA & CDC K–12 Guidelines 2020, # 21 Exhibit Ex. #16 – New York State Plan OSHA, # 22 Exhibit Ex. #17 – Ford Motor Company Press Release April 13, 2020, # 23 Exhibit Ex. #18 – Fed. FundingReport from New York City Independent Budget Office, # 24 Exhibit Ex.#19 – OSHA Petition re ETS Not Necessary, # 25 Exhibit Ex. #20 – OSHA June 2021 ETS no vaccine mandate, # 26 Exhibit Ex. #21 – NYC Covid Vax Marketing, # 27 Exhibit Ex. #22 – NYC Union Agreements re Exemptions, # 28 Exhibit Ex. #23 – NLRB Prohibited Collective Bargaining, # 29 Exhibit Ex. #24 – NYC Vax Orders, # 30 Affidavit in Support Ex. #25 – Aff. R. Dello Ioio, # 31 Affidavit in Support Ex. #26 – Aff. E. Loiacono, # 32 Affidavit in Support Ex. #27 – Aff. A. Bryan, # 33 Affidavit in Support Ex. #28 – Aff. J. Harding, # 34 Affidavit in Support Ex. #29 – A. Ustares, # 35 Affidavit in Support Ex. #30 – Aff. Coombs Moreno, # 36 Affidavit in Support Ex. #31 – Aff. S. Browne, # 37 Affidavit in Support Ex. #32 – Aff. Z. Robinson Wouadjou, # 38 Affidavit in Support Ex. #33 – Aff. T. Martin, # 39 Affidavit in Support Ex. #34 – Aff. B. Reid, # 40 Affidavit in Support Ex. #35 Aff. J. Rullo, # 41 Affidavit in Support Ex. #36 – J. Coombs, # 42 Exhibit Ex. CDC Report Chronic Disease & Covid Mobidity, # 43 Exhibit Ex. #38 – NYC Legal Dept Memo, # 44 Exhibit Ex. #39 – NYC Harassing Letters, # 45 Exhibit Ex. #40 – NY Time Article re Employees on LWOP, # 46 Exhibit Ex. #41 – Feb 6, 2023 Amended Vax Orders, # 47 Exhibit Ex. #42 – Feb 8, 2023 – Vax Order Amendment, # 48 Exhibit Ex #43 – Mayor Transcript re Vax Amendments, # 49 Exhibit Ex. #44 – NY Post Article re 450 Teacher Coerced to Vax, # 50 Exhibit Ex. #45 – Garvey Case NYC Statement, # 51 Appendix Courtesy copy of Chauca v. Abraham, 20 N.Y.3d 325, (N.Y. 2017), # 52 Appendix Courtesy copy of Punitive Damages case) (Saint–George Esq., Jo) (Entered: 04/03/2023) |
| 04/04/2023 | | ORDER –– Defendants' motion to strike 53 Plaintiffs' memorandum of law in opposition to Defendants' motion to dismiss is denied. Plaintiffs' motion to amend 52 is denied without prejudice to renew as the motion was made without compliance with Rule III.A.1 of this Court's Individual Rules and Practices. Plaintiffs' motion for class certification 52 is denied as premature, with leave to renew after disposition of Defendants' motion to dismiss. Plaintiffs' motion for summary judgment 57 is denied. Pursuant to Rule III.B.1 of this Court's Individual Rules and Practices, Plaintiffs are required to request a pre–motion conference before submitting a motion for summary judgment. Plaintiffs' motion to file excess pages 55 is moot. Defendants' motion for an extension of time 53 to file a reply memorandum in support of Defendants' motion to dismiss is denied as moot. Ordered by Judge Eric R. Komitee on 4/4/2023. (AG) (Entered: 04/04/2023) |
| 04/06/2023 | 58 | Letter MOTION for pre motion conference *Motion for Summary Judgement on All Claim and For Declaratory & Injunctive Relief* by Mark Ayne, Dianne Baker–Pacius, Curtis Boyce, Sancha Browne, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Saint–George Esq., Jo) (Entered: 04/06/2023) |

| | | |
|---|---|---|
| 04/10/2023 | 59 | RESPONSE in Opposition re 58 Letter MOTION for pre motion conference *Motion for Summary Judgement on All Claim and For Declaratory & Injunctive Relief Defendants write in opposition to Plaintiffs pre−motion letter requesting permission to file a motion for summary judgment and request for excess pages. Such a motion is premature.* filed by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Rosen, Elisheva) (Entered: 04/10/2023) |
| 05/26/2023 | 60 | Letter MOTION for pre motion conference *re Plaintiffs Motion for Summary* by Mark Ayne, Dianne Baker−Pacius, Curtis Boyce, Sancha Browne, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs−Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Attachments: # 1 Exhibit Stip of Voluntary Dismissal, # 2 Exhibit Notice of Claims) (Saint−George Esq., Jo) (Entered: 05/26/2023) |
| 05/26/2023 | 61 | MANDATE of USCA as to 40 Notice of Appeal,,,, filed by Sarah Wiesel, Suzanne Shroeter, Michelle Hemmings Harrington, Paula Smith, Remo Dello Ioio, Evelyn Zapata, Sara Coombs−Moreno, Suzanne Deegan, Charisse Ridulfo, Wanser Lydsay, Yulanda Smith, Cassandra Chandler, Rasheen Odom, Edward Weber, Curtis Boyce, Joseph Saviano, Aura Moody, Julia Harding, Christian Murillo, Natalya Hogan, Sancha Browne, Jesus Coombs, Roseanne Mustacchia, Bruce Reid, Mark Ayne, Christine O'Reilly, Georgiann Gratsley, Kareem Campbell, Angela Velez, Joseph Rullo, Frankie Trotman, Amoura Bryan, Tracy Ann Francis Martin, Dianne Baker−Pacius, Monique Morene, Ayse Ustares, Women of Color for Equal Justice, Carla Grant, Mervilyn Wallen, Maria Figaro, Lyndsay Wanser, Jessica Csepku, Zena Wouadjou, Sean Milan, Ophela Inniss, Sonia Hernandez, Elizabeth Loiacono, Maritza Romero. The parties in the above−referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42. The stipulation is hereby "So Ordered". Issued as Mandate: 5/26/2023. USCA# 22−3065. (VJ) (Entered: 05/30/2023) |
| 05/30/2023 | 62 | Letter MOTION to Appear by Telephone/Video *Or Set Hearing After June 24, 2023* by Mark Ayne, Dianne Baker−Pacius, Curtis Boyce, Sancha Browne, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs−Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Saint−George Esq., Jo) (Entered: 05/30/2023) |
| 06/20/2023 | | ORDER granting 58 Motion for Pre Motion Conference *re Plaintiffs' Motion for Summary*; granting 62 Motion to Appear by Telephone/Video –– A telephone pre−motion conference will be held on July 27, 2023, at 4:00 p.m. The parties are directed to call 888−808−6929 five minutes before the scheduled start of the conference and use access code 564−7824. Ordered by Judge Eric R. Komitee on 6/20/2023. (AG) (Entered: 06/20/2023) |
| 07/10/2023 | 63 | MOTION to Amend/Correct/Supplement *4th Amended Complaint* by Mark Ayne, Dianne Baker−Pacius, Curtis Boyce, Sancha Browne, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs−Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie |

| | | |
|---|---|---|
| | | Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Attachments: # 1 Exhibit Ex. #1 – Proposed 4th Amended Complaint, # 2 Exhibit Ex. #2 – Comparison – 3rd Amended to 4th Amended, # 3 Exhibit Ex. #3 – Comparison to Original Complaint) (Saint–George Esq., Jo) (Entered: 07/10/2023) |
| 07/10/2023 | 64 | MOTION for Sanctions *FRCP Rule 11* by Mark Ayne, Dianne Baker–Pacius, Curtis Boyce, Sancha Browne, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Attachments: # 1 Memorandum in Support MOL Rule 11 Sanctions, # 2 Exhibit Ex. #1 – Pls. Notices of Claims, # 3 Exhibit Ex. #2 – Safe Harbor Letter, # 4 Exhibit Ex. #3 – List of 200 Fed. Cases, # 5 Exhibit Ex. #4 – List of Fed Ct. Appeal Cases, # 6 Exhibit Ex. #5 – City Reinstatement & Waiver Forms, # 7 Exhibit Ex. #6 – Fraudulent Termination Letters, # 8 Exhibit Ex. #7 – NYC Heath Code) (Saint–George Esq., Jo) (Entered: 07/10/2023) |
| 07/10/2023 | 65 | Letter MOTION for pre motion conference *Special Request* by Mark Ayne, Dianne Baker–Pacius, Curtis Boyce, Sancha Browne, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Saint–George Esq., Jo) (Entered: 07/10/2023) |
| 07/12/2023 | 66 | REPLY in Opposition re 63 MOTION to Amend/Correct/Supplement *4th Amended Complaint* , RESPONSE in Opposition re 63 MOTION to Amend/Correct/Supplement *4th Amended Complaint* filed by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Rosen, Elisheva) (Entered: 07/12/2023) |
| 07/12/2023 | 67 | MOTION to Adjourn Conference , MOTION for Extension of Time to File Response/Reply by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Rosen, Elisheva) (Entered: 07/12/2023) |
| 07/14/2023 | 68 | RESPONSE in Opposition re 67 MOTION to Adjourn Conference MOTION for Extension of Time to File Response/Reply *Letter Motion In Opposition to Def. Request for Continuance* filed by All Plaintiffs. (Attachments: # 1 Exhibit Ex. #1 – Counsel email communication) (Saint–George Esq., Jo) (Entered: 07/14/2023) |
| 07/19/2023 | | ORDER re 65 Motion for Pre Motion Conference; re 67 Motion to Adjourn Conference; re 67 Motion for Extension of Time to File Response/Reply –– Defendants' motion to adjourn the telephone pre–motion conference set to discuss Plaintiffs' anticipated motion for summary judgment, *see* docket entry 58 , is granted. The telephone pre–motion conference previously scheduled for July 27, 2023, at 4:00 p.m. is rescheduled to August 16, 2023, at 10:30 a.m. Plaintiffs' request to convert the conference to in person is denied. The parties are directed to call 888–808–6929 five minutes before the scheduled start of the conference and use access code 564–7824. Defendants' response to Plaintiffs' motion for sanctions 64 is due by August 14. Ordered by Judge Eric R. Komitee on 7/19/2023. (AG) (Entered: 07/19/2023) |
| 08/14/2023 | 69 | MEMORANDUM in Opposition re 64 MOTION for Sanctions *FRCP Rule 11* filed by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit Ex A – Denial of Cert.) (Rosen, Elisheva) (Entered: 08/14/2023) |
| 08/15/2023 | 70 | REPLY in Support re 69 Memorandum in Opposition, *Motion for Sanctions* filed by All Plaintiffs. (Attachments: # 1 Exhibit Ex. 1 – Public Law 118–12) (Saint–George Esq., Jo). (Entered: 08/15/2023) |
| 08/16/2023 | 71 | Minute Entry for proceedings held before Judge Eric R. Komitee: Telephone Pre Motion Conference held on 8/16/2023. The Court declined to set a briefing schedule regarding Plaintiffs' motions for summary judgment and class certification pending resolution of Defendants' motion to dismiss. Plaintiffs' motion for sanctions is held in abeyance. On or before August 25, Plaintiffs shall supplement their motion for leave to amend their complaint, as discussed. (Recorded on AT&T Teleconference Bridge.) (AG) (Entered: 08/16/2023) |
| 08/22/2023 | 72 | TRANSCRIPT of Proceedings held on August 16, 2023, before Judge Komitee. Court Transcriber: Transcriptions Plus II, Inc.. Email address: RL.Transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 9/12/2023. Redacted Transcript Deadline set for 9/22/2023. Release of Transcript Restriction set for 11/20/2023. (RC) (Entered: 08/22/2023) |
| 08/24/2023 | 73 | Letter MOTION to Amend/Correct/Supplement *Proposed 4th Amended Complaint Revised 3 Versions per Aug 16th Hearing* by Mark Ayne, Dianne Baker–Pacius, Curtis Boyce, Sancha Browne, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Attachments: # 1 Exhibit Ex. 1 – Redlined 4th Amend Complaint Including WOC4EJ, # 2 Exhibit Ex. 2– Redlined 4th Amend vr. 3rd Amend – w–o WOC4EJ, # 3 Exhibit Ex. 3 – Redlined 4th Amend w–o WOC4EJ against Original Complaint, # 4 Exhibit Ex. 4 – Clean 4th Amended Complaint with WOC4EJ) (Saint–George Esq., Jo) (Entered: 08/24/2023) |
| 08/24/2023 | 74 | MOTION to Vacate *per Rule 60(b)(3) –Nov 18, 2022 Order* by Mark Ayne, Dianne Baker–Pacius, Curtis Boyce, Sancha Browne, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Attachments: # 1 Exhibit Ex. #1 – Aug 16 Transcript, # 2 Exhibit Ex. #2 – 200 Fed. Cases In Support of Rule 60(b)(3), # 3 Exhibit Ex. #3 – OSH Act Complete) (Saint–George Esq., Jo) (Entered: 08/24/2023) |
| 08/24/2023 | 75 | Supplemental MOTION to Amend/Correct/Supplement 73 Letter MOTION to Amend/Correct/Supplement *Proposed 4th Amended Complaint Revised 3 Versions per Aug 16th Hearing Declaration in Support of 4th Amend Complaint and Pl. Response to MTD* by Mark Ayne, Dianne Baker–Pacius, Curtis Boyce, Sancha Browne, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse |

| | | |
|---|---|---|
| | | Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Saint−George Esq., Jo) (Entered: 08/24/2023) |
| 09/07/2023 | 76 | MEMORANDUM in Opposition re 74 MOTION to Vacate *per Rule 60(b)(3) −Nov 18, 2022 Order* filed by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Rosen, Elisheva) (Entered: 09/07/2023) |
| 09/20/2023 | 77 | Letter MOTION for Extension of Time to File Response/Reply as to 76 Memorandum in Opposition, *& Letter Motion for Excess Pages* by Mark Ayne, Dianne Baker−Pacius, Curtis Boyce, Sancha Browne, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs−Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Saint−George Esq., Jo) (Entered: 09/20/2023) |
| 09/20/2023 | 78 | REPLY to Response to Motion re 74 MOTION to Vacate *per Rule 60(b)(3) −Nov 18, 2022 Order* filed by All Plaintiffs. (Attachments: # 1 Exhibit Ex. #1, # 2 Exhibit Ex. #2) (Saint−George Esq., Jo) (Entered: 09/20/2023) |
| 09/27/2023 | | ORDER granting in part and denying in part 77 Letter MOTION for Extension of Time to File Response/Reply as to 76 Memorandum in Opposition, *& Letter Motion for Excess Pages* −− Plaintiffs' request for leave to file excess pages is denied. The plaintiffs shall file by October 2, 2023 a brief that complies with this Court's page limitations. Ordered by Judge Eric R. Komitee on 9/27/2023. (AG) (Entered: 09/27/2023) |
| 09/29/2023 | 79 | REPLY to Response to Motion re 74 MOTION to Vacate *per Rule 60(b)(3) −Nov 18, 2022 Order Revised 10 Pages − per Ct Order 9−27−2022* filed by All Plaintiffs. (Attachments: # 1 Exhibit Ex. 1 − Court Order − 11−18−2022, # 2 Exhibit Ex. 2 − Glendora v. Malone case, # 3 Exhibit Ex. 3 − Group One case) (Saint−George Esq., Jo) (Entered: 09/29/2023) |
| 12/18/2023 | 80 | First MOTION for Hearing re 74 MOTION to Vacate *per Rule 60(b)(3) −Nov 18, 2022 Order*, 79 Reply to Response to Motion, 75 Supplemental MOTION to Amend/Correct/Supplement 73 Letter MOTION to Amend/Correct/Supplement *Proposed 4th Amended Complaint Revised 3 Versions per Aug 16th Hearing Declaration in Support of 4th Amend Complaint and Pl. Response to MTD, 76 Memorandum in Opposition, Request for Rule 16 Status Conference by Mark Ayne, Dianne Baker−Pacius, Curtis Boyce, Sancha Browne, Amoura Bryan, Kareem Campbell, Cassandra Chandler, Jesus Coombs, Sara Coombs−Moreno, Jessica Csepku, Suzanne Deegan, Maria Figaro, Tracy Ann Francis Martin, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Ophela Inniss, Remo Dello Ioio, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Bruce Reid, Charisse Ridulfo, Maritza Romero, Joseph Rullo, Joseph Saviano, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Saint−George Esq., Jo) (Entered: 12/18/2023)* |
| 01/10/2024 | | ORDER granting and denying in part 73 Motion to Amend/Correct/Supplement. The plaintiffs are granted leave to amend the complaint. On or before January 15, the plaintiffs shall file the version of the Fourth Amended Complaint on which they intend to proceed. The court expresses no view at this time on the standing of any plaintiff to maintain this action. Should the defendants choose to renew their motion to dismiss, |

| | | |
|---|---|---|
| | | the court will deem the existing motion (ECF No. 47 ) to be directed at the Fourth Amended Complaint. The defendants should indicate whether they will renew their motion to dismiss by letter, on or before January 22, 2024; that letter (which should not exceed seven pages) may also respond to the new allegations contained in the Fourth Amended Complaint. If the new amended complaint continues to include the associational plaintiff, the defendants should address that plaintiff's standing to sue. The plaintiffs shall respond to that submission by February 2 in a letter of five pages or less. The motion for a status conference 80 is denied. Ordered by Judge Eric R. Komitee on 1/10/2024. (APJ) (Entered: 01/10/2024) |
| 01/16/2024 | 81 | AMENDED COMPLAINT *4th* against All Plaintiffs, filed by Maria Figaro, Ophela Inniss, Paula Smith, Christine O'Reilly, Yulanda Smith, Suzanne Shroeter, Sonia Hernandez, Remo Dello Ioio, Kareem Campbell, Natalya Hogan, Women of Color for Equal Justice, Michelle Hemmings Harrington, Mervilyn Wallen, Tracy Ann Francis Martin, Bruce Reid, Sean Milan, Joseph Rullo, Edward Weber, Zena Wouadjou, Lyndsay Wanser, Carla Grant, Christian Murillo, Jessica Csepku, Evelyn Zapata, Jesus Coombs, Monique Morene, Angela Velez, Sarah Wiesel, Georgiann Gratsley, Rasheen Odom, Cassandra Chandler, Amoura Bryan, Aura Moody, Curtis Boyce, Frankie Trotman, Julia Harding, Dianne Baker–Pacius, Elizabeth Loiacono, Joseph Saviano, Sara Coombs–Moreno, Sancha Browne, Charisse Ridulfo, Ayse Ustares, Suzanne Deegan, Wanser Lydsay, Mark Ayne, Roseanne Mustacchia, Maritza Romero. (Saint–George Esq., Jo) (Entered: 01/16/2024) |
| 01/17/2024 | 82 | MOTION for Extension of Time to File *Defendants respectfully request the Court strike Plaintiffs Fourth Amended Complaint as untimely and dismiss this case with prejudice. Alternatively, Defendants request a fourteen (14) day extension of time, from January 22, 2024 to February 5, 2024, for Defendants to respond to the Fourth Amended Complaint.*, MOTION to Strike *Defendants respectfully request the Court strike Plaintiffs Fourth Amended Complaint as untimely and dismiss this case with prejudice. Alternatively, Defendants request a fourteen (14) day extension of time, from January 22, 2024 to February 5, 2024, for Defendants to respond to the Fourth Amended Complaint.* by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Rosen, Elisheva) (Entered: 01/17/2024) |
| 01/17/2024 | 83 | Amended MOTION for Extension of Time to File , MOTION to Strike by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Rosen, Elisheva) (Entered: 01/17/2024) |
| 01/17/2024 | 84 | RESPONSE to Motion re 83 Amended MOTION for Extension of Time to File MOTION to Strike *Pl. Response and Letter Motion for Rule 60(b)(1) Set–Aside of Order for New Dates* filed by All Plaintiffs. (Saint–George Esq., Jo) (Entered: 01/17/2024) |
| 01/19/2024 | | PRO HAC VICE FILING FEE: re 3 MOTION to Appear Pro Hac Vice *(Jo Saint–George Esq.)* $ 150, receipt number ANYEDC–17479375 (Saint–George Esq., Jo) (Entered: 01/19/2024) |
| 01/19/2024 | 85 | MOTION to Appear Pro Hac Vice *filed* by Women of Color for Equal Justice. (ENE) (Entered: 01/19/2024) |
| 01/19/2024 | 86 | AFFIDAVIT/DECLARATION in Support re 85 MOTION to Appear Pro Hac Vice filed by Women of Color for Equal Justice. (ENE) (Entered: 01/19/2024) |
| 01/22/2024 | | Motions terminated, docketed incorrectly: 85 MOTION to Appear Pro Hac Vice *filed* filed by Women of Color for Equal Justice. (SG) (Entered: 01/22/2024) |
| 01/22/2024 | 87 | MOTION to Continue . *I write to update the Court of the status of Plaintiffs purported Fourth Amended Complaint and to request guidance as to the Courts January 10, 2024 order, directing Defendants to renew their motion to dismiss by January 22, 2024* by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Rosen, Elisheva) (Entered: 01/22/2024) |
| 01/22/2024 | 88 | AMENDED COMPLAINT *CORRECTED 4TH AMENDED* against All Defendants, filed by Maria Figaro, Ophela Inniss, Marvilyn Wallen, Bertram Scott, Christine |

O'Reilly, Suzanne Shroeter, Sonia Hernandez, Susanne Phillip, Suzanne Schroeter, Natalya Hogan, Stella M Preston, Sally Mussafi, Michelle Hemmings Harrington, Mervilyn Wallen, Tracy Ann Francis Martin, Bruce Reid, Rachelle Garcia, Edward Weber, Marie Joseph, Carla Grant, Colette Caesar, Christian Murillo, Althea Brissett, Jessica Csepku, Jennette Frazer, Jesus Coombs, Monique Morene, Angela Velez, Sarah Wiesel, Patricia Catoire, Rasheen Odom, Dawn Schol, Curtis Boyce, Frankie Trotman, Sancha Browne, Charisse Ridulfo, Wanser Lydsay, Julie Lawley, Marc Rosiello, Mark Ayne, Paula Smith, Yulanda Smith, Kareem Campbell, Remo Dello Ioio, Women of Color for Equal Justice, Sean Milan, Joseph Rullo, Zena Wouadjou, Lyndsay Wanser, Audrey Dennis, Evelyn Zapata, Georgiann Gratsley, Cassandra Chandler, Maria Estrada, Amoura Bryan, Aura Moody, Julia Harding, Dianne Baker–Pacius, Elizabeth Loiacono, Sara Coombs–Moreno, Joseph Saviano, Tracey Howard, Diane Pagen, Ayse Ustares, Suzanne Deegan, Roseanne Mustacchia, Maritza Romero. (Attachments: # 1 Exhibit Ex. 1 –Notice of Claims, # 2 Exhibit Ex. 2 – EEOC Right To Sue Letters, # 3 Exhibit Ex. 3 – All About OSHA, # 4 Exhibit Ex. 4 – OSH Act – Statute, # 5 Exhibit Ex. 5 – OSHA Regs Non Workplaces, # 6 Exhibit Ex. 6 – Respiratory Regs, # 7 Exhibit Ex. 7 – General Duty Clause, # 8 Exhibit Ex. 8 – Expert Affidavit B. Miller, # 9 Exhibit Ex. 9 – Ventilation Regs, # 10 Exhibit Ex. 10 –Covid Rescue Plan, # 11 Exhibit Ex. 11 – Air Purification Reg, # 12 Exhibit Ex. 12 – NY State Plan, # 13 Exhibit Ex. 13 – OSHA Covid–19 June 2021 ETS, # 14 Exhibit Ex. 14 – CDC Covid–19 Virus Substance, # 15 Exhibit Ex. 15 – Intentionally Blank, # 16 Exhibit Ex. 16 – WHO Emergency Declaration, # 17 Exhibit Ex. 17 – CDC Scientific Brief re Covid Transmission, # 18 Exhibit Ex. 18 – June 2021 OSHA Covid ETS Complete, # 19 Exhibit Ex. 19 – Purification Reg., # 20 Exhibit Ex. 20 – NIOSHA Respiratory Toolkit, # 21 Exhibit Ex. 21 – K–12 OSHA Guideline, # 22 Exhibit Ex. 22 – Nov. 2021 – OSHA Covid ETS, # 23 Exhibit Ex. 23 – Aff. Pl. A. Bryan, # 24 Exhibit Ex. 24 – Aff. Pl. R. Dello Ioio, # 25 Exhibit Ex. 25 – Aff. Pl. A. Ustares, # 26 Exhibit Ex. 26 –Aff. Pl. E. Loiacono, # 27 Exhibit Ex. 27 –Aff. Pl. Coombs Moreno, # 28 Exhibit Ex. 28 – Aff. T. Martin, # 29 Exhibit Ex. 29 – Aff. Pl. J. Rullo, # 30 Exhibit Ex. 30 –Aff. Pl. Z. Wouadjou, # 31 Exhibit Ex. 31 – Aff. Pl. S. Brown, # 32 Exhibit Ex. 32 –Aff. Pl. B. Reid, # 33 Exhibit Ex. 33 – Aff. J. Coombs, # 34 Exhibit Ex. 34 –Aff. J. Harding, # 35 Exhibit Ex. 35 – WHO Health Measures, # 36 Exhibit Ex. 36 – Expert Dr. Montgomery, # 37 Exhibit Ex. 37 – WHO Declares H1N1 Global Pandemic, # 38 Exhibit Ex. 38 –EUA Approval of Covid Vaccine, # 39 Exhibit Ex. 39 – 1972 Communicable Disease Law, # 40 Exhibit Ex. 40 – Legislative History of Vaccines, # 41 Exhibit Ex. 41 Ford Motors + PAPRs, # 42 Exhibit Ex. 42 – Fed Funding to NYC for Covid Relief, # 43 Exhibit Ex. 43 – OSHA Petition ETS Not Necessary, # 44 Exhibit Ex. 44 –NYC Covid Flyer, # 45 Exhibit Ex. 45 – Union Agreement, # 46 Exhibit Ex. 46 – NLRB Prohibited Negotiation terms, # 47 Exhibit Ex. 47 – Mayor Transcript, # 48 Exhibit Ex. 48 – Vaccine Orders, # 49 Exhibit Ex. 49 – Mayor Transcript –, # 50 Exhibit Ex. 50 – Chronic Disease & Nutrition, # 51 Exhibit Ex. 51 – Legal Dept. Recruitment, # 52 Exhibit Ex. 52 – LWOP Notices, # 53 Exhibit Ex. 53 – Fraudulent Termination Notices, # 54 Exhibit Ex. 54 – Harassing Letters, # 55 Exhibit Ex. 55 – Mayor Adams Amends Mandate, # 56 Exhibit Ex. 56 – Waiver & Reinstatement Forms, # 57 Exhibit Ex. 57 – Federal Case List, # 58 Exhibit Ex. 58 – NY Directive re PAPRS, # 59 Exhibit Ex. 59 – NYCHRL Guidelines) (Saint–George Esq., Jo) (Entered: 01/22/2024)

| | | |
|---|---|---|
| 01/23/2024 | 89 | RESPONSE to Motion re 83 Amended MOTION for Extension of Time to File MOTION to Strike , 87 MOTION to Continue . *I write to update the Court of the status of Plaintiffs purported Fourth Amended Complaint and to request guidance as to the Courts January 10, 2024 order, directing Defendants to renew their motion to dismiss by January 22, 2 Plaintiffs Letter Motion in support of Defendants request for an extension of time and Plaintiffs requests addition time for Defendants to file by February 13, 2024 due to additional administrative delays due to errors by the clerks office and corrections to the 4th Amended Complaint recently filed. Plaintiffs do not oppose Defendants request and request that the Motion to Strike is denied. filed by Mark Ayne, Dianne Baker–Pacius, Curtis Boyce, Althea Brissett, Sancha Browne, Amoura Bryan, Colette Caesar, Kareem Campbell, Patricia Catoire, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Audrey Dennis, Maria Estrada, Maria Figaro, Tracy Ann Francis Martin, Jennette Frazer, Rachelle Garcia, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Tracey Howard, Ophela Inniss, Remo Dello Ioio, Marie Joseph, Julie Lawley, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Sally Mussafi,* |

| | | |
|---|---|---|
| | | *Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Diane Pagen, Susanne Phillip, Stella M Preston, Bruce Reid, Charisse Ridulfo, Maritza Romero, Marc Rosiello, Joseph Rullo, Joseph Saviano, Dawn Schol, Suzanne Schroeter, Bertram Scott, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Marvilyn Wallen, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata.* (Saint−George Esq., Jo) (Entered: 01/23/2024) |
| 02/01/2024 | 90 | MOTION to Dismiss for Failure to State a Claim by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Attachments: # 1 Exhibit Ex A − Wiesel Waiver, # 2 Exhibit Ex B − Ustares Waiver, # 3 Exhibit Ex C − Boyce Waiver, # 4 Exhibit Ex D − Grant Waiver) (Rosen, Elisheva) (Entered: 02/01/2024) |
| 02/11/2024 | 91 | RESPONSE in Opposition re 90 MOTION to Dismiss for Failure to State a Claim , 47 MOTION to Dismiss for Failure to State a Claim *Letter Motion* filed by All Plaintiffs. (Attachments: # 1 Exhibit Ex. 1 − 4th Amended Complaint, # 2 Exhibit Ex. 2 − U. Penn Law Review Article, # 3 Exhibit Ex. 3 − OSH Act Statute, # 4 Exhibit Ex. 4 − OSHA Respiratory Regulations, # 5 Exhibit Ex. 5 − CDC Declares Covid−19 Airborne Viral Hazard, # 6 Exhibit Ex. 6 − OSHA Declares Covid −19 Grave Danger, # 7 Exhibit Ex. 7 − Affidavit of Expert Dr. Montgomery, # 8 Exhibit Ex. 8 − Nine Vaccine Orders, # 9 Exhibit Ex. 9 − Affidavits of Plaintiffs, # 10 Exhibit Ex. 10 − Waiver of Claims Requirement) (Saint−George Esq., Jo) (Entered: 02/11/2024) |
| 02/14/2024 | | ORDER: On January 10, 2024, the court granted the plaintiffs leave to file a Fourth Amended Complaint on or before January 15. On January 16, the plaintiffs filed a Fourth Amended Complaint with no exhibits. ECF No. 81 . The plaintiffs then sought a retroactive extension of time, until "August 18, 2024" to file the complaint, its exhibits, and "a correction to the pleading." ECF No. 84 . As the plaintiffs' extension request also proposed that the defendant receive an extension until "February 6, 2024" to respond to the Fourth Amended Complaint, the court construes the plaintiffs' letter as a request for a retroactive extension until January 18, 2024, not August. The plaintiffs ultimately filed their "corrected" Fourth Amended Complaint and fifty−nine exhibits on January 22, 2024. <br><br> A "filing deadline cannot be complied with, substantially or otherwise, by filing late−even by one day." United States v. Locke, 471 U.S. 84, 101 (1985). A retroactive extension requires a showing of "good cause" and "excusable neglect." See Fed. R. Civ. P. 6(b)(1)(B). The plaintiffs have not made these showings. The plaintiffs attribute their delay, beyond even the January 18 extended deadline they requested, to "other administrative issues that occurred as a result of the Clerk's office incorrectly halting all filings by us requiring that we pay another Pro Hoc Vice fee with a new motion to appear (which the clerk has now withdrawn as an error by the administration)." The docket confirms that plaintiffs' counsel tendered a pro hac vice filing fee on January 19, 2024. The Clerk's Office advised the plaintiffs' counsel on January 22 that no such fee was owed and that she could move for reimbursement, which she has done. See ECF No. 89 . The plaintiffs have not provided any other information or documents supporting their representation that the Clerk's office ever "halt[ed]" the plaintiffs' filings or directed the plaintiffs to pay this duplicative pro hac vice filing fee. <br><br> Consequently, the Fourth Amended Complaint is rejected as untimely filed. The Third Amended Complaint 22 remains the operative complaint in this action. The plaintiffs' motion for reimbursement of the duplicative pro hac vice fee 89 is granted. Ordered by Judge Eric R. Komitee on 2/14/2024. (APJ) (Entered: 02/14/2024) |
| 02/19/2024 | 92 | MOTION to Vacate *Rule 60(a) Motion to Vacate Feb. 14, 2024 Order & Motion to Correct Jan. 10, 2024 Order* by Mark Ayne, Dianne Baker−Pacius, Curtis Boyce, Althea Brissett, Sancha Browne, Amoura Bryan, Colette Caesar, Kareem Campbell, Patricia Catoire, Cassandra Chandler, Jesus Coombs, Sara Coombs−Moreno, Jessica Csepku, Suzanne Deegan, Audrey Dennis, Maria Estrada, Maria Figaro, Tracy Ann Francis Martin, Jennette Frazer, Rachelle Garcia, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Tracey Howard, Ophela Inniss, Remo Dello Ioio, Marie Joseph, Julie Lawley, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, |

| | | |
|---|---|---|
| | | Christian Murillo, Sally Mussafi, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Diane Pagen, Susanne Phillip, Stella M Preston, Bruce Reid, Charisse Ridulfo, Maritza Romero, Marc Rosiello, Joseph Rullo, Joseph Saviano, Dawn Schol, Suzanne Schroeter, Bertram Scott, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Marvilyn Wallen, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Attachments: # 1 Exhibit Ex. 1 – Jan 10, 2024 Order, # 2 Exhibit Ex. 2 – Feb 14, 2024 Order, # 3 Exhibit Ex. 3 – Proof of Receipt of Order, # 4 Exhibit Ex. 4 – Court Mistaken Notice of Non–Admission) (Saint–George Esq., Jo) (Entered: 02/19/2024) |
| 02/21/2024 | 93 | RESPONSE in Opposition re 92 MOTION to Vacate *Rule 60(a) Motion to Vacate Feb. 14, 2024 Order & Motion to Correct Jan. 10, 2024 Order* filed by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Attachments: # 1 Exhibit Exhibit A – Transcript August 16, 2023) (Rosen, Elisheva) (Entered: 02/21/2024) |
| 02/23/2024 | 94 | REPLY in Support re 92 MOTION to Vacate *Rule 60(a) Motion to Vacate Feb. 14, 2024 Order & Motion to Correct Jan. 10, 2024 Order* filed by All Plaintiffs. (Saint–George Esq., Jo) (Entered: 02/23/2024) |
| 02/23/2024 | | ORDER: The plaintiffs' motion to vacate 92 is granted. Plaintiffs' counsel has now submitted a copy of the email she interpreted as a barrier to filing. ECF No. [92–4]. Counsel has made a sufficient showing of "good cause" and "excusable neglect" to warrant a retroactive extension of the filing deadline. See Fed. R. Civ. P. 6(b)(1)(B). "[C]ourts have found attorney neglect to be excusable," when, as here, there are "at least reasonable good–faith errors by counsel." Falls v. Novartis Pharms. Corp., No. 13–CV–270, 2014 WL 3810246, at *5 (D. Conn. Aug. 1, 2014) (collecting cases). The Fourth Amended Complaint is accepted as the operative complaint in this case. <br><br> The defendants have moved to dismiss the fourth amended complaint, see ECF No. 90 , and the plaintiffs have opposed. See ECF No. 91 . The defendants may file a reply, if any, in support of their motion to dismiss the Fourth Amended Complaint by March 4, 2024. Ordered by Judge Eric R. Komitee on 2/23/2024. (APJ) (Entered: 02/23/2024) |
| 03/04/2024 | 95 | REPLY in Support re 90 MOTION to Dismiss for Failure to State a Claim filed by Eric L. Adams, New York City Department of Education, Department of Health and Mental Hygiene, The City of New York, Ashwin MD, PhD Vasan. (Rosen, Elisheva) (Entered: 03/04/2024) |
| 03/06/2024 | 96 | Letter MOTION to Stay *or Order Relief from Court Rule II(D) Courtesy Copy Requirement* by Mark Ayne, Dianne Baker–Pacius, Curtis Boyce, Althea Brissett, Sancha Browne, Amoura Bryan, Colette Caesar, Kareem Campbell, Patricia Catoire, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Audrey Dennis, Maria Estrada, Maria Figaro, Tracy Ann Francis Martin, Jennette Frazer, Rachelle Garcia, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Tracey Howard, Ophela Inniss, Remo Dello Ioio, Marie Joseph, Julie Lawley, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Sally Mussafi, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Diane Pagen, Susanne Phillip, Stella M Preston, Bruce Reid, Charisse Ridulfo, Maritza Romero, Marc Rosiello, Joseph Rullo, Joseph Saviano, Dawn Schol, Suzanne Schroeter, Bertram Scott, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Marvilyn Wallen, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Saint–George Esq., Jo) (Entered: 03/06/2024) |
| 03/20/2024 | 97 | MOTION for Hearing *Rule 16 Pre–Trial Conference Regarding Discovery & Pending Motions* by Mark Ayne, Dianne Baker–Pacius, Curtis Boyce, Althea Brissett, Sancha Browne, Amoura Bryan, Colette Caesar, Kareem Campbell, Patricia Catoire, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Audrey Dennis, Maria Estrada, Maria Figaro, Tracy Ann Francis Martin, Jennette Frazer, Rachelle Garcia, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Tracey Howard, Ophela Inniss, Remo Dello Ioio, Marie Joseph, Julie Lawley, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Sally |

| | | |
|---|---|---|
| | | Mussafi, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Diane Pagen, Susanne Phillip, Stella M Preston, Bruce Reid, Charisse Ridulfo, Maritza Romero, Marc Rosiello, Joseph Rullo, Joseph Saviano, Dawn Schol, Suzanne Schroeter, Bertram Scott, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Marvilyn Wallen, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Saint–George Esq., Jo) (Entered: 03/20/2024) |
| 03/21/2024 | | ORDER: Plaintiffs' request that the Court schedule a Rule 16 conference and for permission to "propound some very limited discovery on Defendants," ECF No. 97 , is denied. Discovery is hereby stayed pending adjudication of defendants' motion to dismiss plaintiffs' fourth amended complaint, ECF Nos. 47, 90. Ordered by Magistrate Judge Lois Bloom on 3/21/2024. (IK) (Entered: 03/21/2024) |
| 07/08/2024 | 98 | MOTION for pre motion conference *Rule 16 Request For Conference to expedite disposition of the action based on new decisions by other trial and appellate courts* by Mark Ayne, Dianne Baker–Pacius, Curtis Boyce, Althea Brissett, Sancha Browne, Amoura Bryan, Colette Caesar, Kareem Campbell, Patricia Catoire, Cassandra Chandler, Jesus Coombs, Sara Coombs–Moreno, Jessica Csepku, Suzanne Deegan, Audrey Dennis, Maria Estrada, Maria Figaro, Tracy Ann Francis Martin, Jennette Frazer, Rachelle Garcia, Carla Grant, Georgiann Gratsley, Julia Harding, Michelle Hemmings Harrington, Sonia Hernandez, Natalya Hogan, Tracey Howard, Ophela Inniss, Remo Dello Ioio, Marie Joseph, Julie Lawley, Elizabeth Loiacono, Wanser Lydsay, Sean Milan, Aura Moody, Monique Morene, Christian Murillo, Sally Mussafi, Roseanne Mustacchia, Christine O'Reilly, Rasheen Odom, Diane Pagen, Susanne Phillip, Stella M Preston, Bruce Reid, Charisse Ridulfo, Maritza Romero, Marc Rosiello, Joseph Rullo, Joseph Saviano, Dawn Schol, Suzanne Schroeter, Bertram Scott, Suzanne Shroeter, Paula Smith, Yulanda Smith, Frankie Trotman, Ayse Ustares, Angela Velez, Marvilyn Wallen, Mervilyn Wallen, Lyndsay Wanser, Edward Weber, Sarah Wiesel, Women of Color for Equal Justice, Zena Wouadjou, Evelyn Zapata. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B) (Saint–George Esq., Jo) (Entered: 07/08/2024) |
| 09/25/2024 | 99 | **MEMORANDUM & ORDER**: With the exception of plaintiff Amoura Bryan's Title VII and NYCHRL claims against the City and the Department of Education, plaintiffs' claims are dismissed. Plaintiffs' fraud claim is dismissed without prejudice. *See Katz v. Donna Karan Co., L.L.C.*, 872 F.3d 114, 116 (2d Cir. 2017) (dismissal for lack of subject matter jurisdiction must be without prejudice). All other claims are dismissed with prejudice. *See, e.g., Liang v. Home Reno Concepts, LLC*, 803 F. App'x 444, 448 (2d Cir. 2020) (denying leave to amend was proper where plaintiff already had "three bites at the apple" and was still unable to state a claim); *Foman v. Davis,*, 371 U.S. 178, 182 (1962) (courts may deny leave to amend based on "futility of amendment"); *Wallace v. Conroy*, 945 F. Supp. 628, 639 (S.D.N.Y. 1996) (collecting cases).<br><br>Finally, plaintiffs' motion for sanctions and motion to vacate the denial of preliminary injunctive relief are denied. ECF Nos. 64, 74. The motion to strike the Fourth Amended Complaint and all other pending motions related to the Fourth Amended Complaint and the motion to dismiss are denied as moot. ECF Nos. 75, 82, 83, 87, 96, 98.<br><br>A status conference on the remaining claims shall be held at 10:30 A.M. on November 7, 2024 in Courtroom 6G North. (ORDER ATTACHED) So Ordered by Judge Eric R. Komitee on 9/25/2024. (APJ) (Entered: 09/25/2024) |
| 10/09/2024 | 100 | MOTION for Reconsideration re 99 Order on Motion to Dismiss for Failure to State a Claim,,,,,, Order on Motion for Pre Motion Conference,,,,,, Order on Motion for Sanctions,,,,,, Order on Motion to Vacate,,,,,, Order on Motion to Amend/Correct/Supplement,,,,,, Order on Motion for Extension of Time to File,,,,,, Order on Motion to Strike,,,,,,,,,,,,,, Order on Motion to Continue,,,,,,,,,,, Order on Motion to Stay,,,,,,,,,, Memorandum & Opinion,,,,, by New York City Department of Education, The City of New York. (Rosen, Elisheva) (Entered: 10/09/2024) |
| 10/09/2024 | 101 | MEMORANDUM in Support re 100 MOTION for Reconsideration re 99 Order on Motion to Dismiss for Failure to State a Claim,,,,,, Order on Motion for Pre Motion Conference,,,,,, Order on Motion for Sanctions,,,,,, Order on Motion to Vacate,,,,,, Order on Motion to Amend/Correct/Sup filed by New York City Department of |

| | | |
|---|---|---|
| | | Education, The City of New York. (Rosen, Elisheva) (Entered: 10/09/2024) |
| 10/10/2024 | | ORDER: Plaintiff Bryan may reply to defendants' Motion for Reconsideration 100 in a letter of four pages or less by October 24, 2024. The status conference scheduled for November 7, 2024 is adjourned pending resolution of the Motion for Reconsideration. Ordered by Judge Eric R. Komitee on 10/10/2024. (CFB) (Entered: 10/10/2024) |
| 10/16/2024 | 102 | MOTION to Withdraw as Attorney *of Record* by Amoura Bryan. (Attachments: # 1 Declaration Declaration of Attorney Saint–George) (Saint–George Esq., Jo) (Entered: 10/16/2024) |
| 10/16/2024 | 103 | Letter MOTION for Extension of Time to File Response/Reply as to 100 MOTION for Reconsideration re 99 Order on Motion to Dismiss for Failure to State a Claim,,,,,, Order on Motion for Pre Motion Conference,,,,,, Order on Motion for Sanctions,,,,,, Order on Motion to Vacate,,,,,, Order on Motion to Amend/Correct/Sup by Amoura Bryan. (Saint–George Esq., Jo) (Entered: 10/16/2024) |
| 10/16/2024 | 104 | Letter MOTION for Extension of Time to File Response/Reply *Corrected to include Ex. 1* by Amoura Bryan. (Saint–George Esq., Jo) (Entered: 10/16/2024) |
| 10/17/2024 | 105 | Letter dated 10/16/2024 to Judge Komitee from Amoura Bryan requesting an opportunity to respond to the motion to withdraw. See letter for further details. (ENE) (Entered: 10/17/2024) |
| 10/18/2024 | | ORDER: Counsel for the plaintiffs has moved 102 to withdraw from the representation. Her supporting declaration indicates that "for the last year," Ms. Bryan "has not worked in the State of New York," and that this state of affairs is "frustrating" counsel's ability to confer with her. The declaration provides no specifics concerning the dates on which counsel attempted to contact Ms. Bryan or the methods employed on those particular dates. The declaration gives no indication of Ms. Bryan's position on the withdrawal request, but Ms. Bryan appears to oppose it (having filed her own letter on the docket 105). Counsel is directed to attempt again to confer with her client, and should file the reply called for in the Court's order of October 10. The Court will consider the motion to withdraw after deciding the City's motion for reconsideration as to Ms. Bryan. Ordered by Judge Eric R. Komitee on 10/18/2024. (CFB) (Entered: 10/18/2024) |
| 10/21/2024 | 106 | DECLARATION *Supplemental Declaration of Counsel Jo Saint–George* by Amoura Bryan (Saint–George Esq., Jo) (Entered: 10/21/2024) |
| 10/21/2024 | 107 | Letter dated 10/21/2024 to Judge Komitee from Amoura Bryan terminating Attorney Saint–George from the case. See letter for further details. (ENE) (Entered: 10/21/2024) |
| 10/21/2024 | 108 | Letter MOTION for Extension of Time to File Response/Reply *Renewed Request to Continue Ms. Byran Response* by Amoura Bryan. (Saint–George Esq., Jo) (Entered: 10/21/2024) |
| 10/25/2024 | 109 | MOTION to Vacate *Rule 60(b)(2)(3)(6) – Order* by Rasheen Odom, Jessica Csepku, Jesus Coombs, Joseph Saviano, Monique Morene, Edward Weber, Roseanne Mustacchia, Natalya Hogan, Angela Velez, Georgiann Guiliano, Frankie Trotman, Mervilyn Wallen, Maria Figaro, Yulanda Smith, Sancha Browne, Paula Smith, Zena Wouadjou, Charisse Ridulfo, Tracy Ann Francis Martin, Kareem Campbell, Lyndsay Wanser, Michelle Hemmings Harrington, Mark Ayne, Carla Grant, Ophela Inniss, Sarah Wiesel, Suzanne Shroeter, Wanser Lydsay, Cassandra Chandler, Christian Murillo, Aura Moody, Evelyn Zapata, Dianne Baker–Pacius, Sean Milan, Sonia Hernandez, Bruce Reid, Joseph Rullo, Curtis Boyce, Remo Dello Ioio, Elizabeth Loiacono, Marvilyn Wallen, Dawn Schol, Suzanne Schroeter, Althea Brissett, Tracey Howard, Marc Rosiello, Audrey Dennis, Marie Joseph, Patricia Catoire, Sally Mussafi, Colette Caesar, Bertram Scott, Diane Pagen, Stella M Preston, Rachelle Garcia, Julie Lawley, Susanne Phillip, Maria Estrada, Jennette Frazer, Suzanne Deegan, Maritza Romero, Julia Harding, Christine O'Reilly, Ayse Ustares, Sara Coombs–Moreno. (Attachments: # 1 Exhibit Ex. 1 – The Act, # 2 Exhibit Ex. 2 –, # 3 Exhibit Ex. 3 – Public Health Service, # 4 Exhibit Ex. 4 – 1972 Communicable Disease Act, # 5 Exhibit Ex. 5 – OSHA Respiratory Standards, # 6 Exhibit Ex. 6 – Affidavit Dr. McCullough, # 7 Exhibit Ex. 7 – OSH Act, # 8 Exhibit Ex. 8 – Dr. Montgomery, # 9 Exhibit Ex. 9 – OSHA Discrimination Guide, # 10 Exhibit Ex. 10 – Aff. Bruce Miller) |

| | | |
|---|---|---|
| | | (Saint–George Esq., Jo) (Entered: 10/25/2024) |
| 10/25/2024 | 110 | MOTION for Recusal *28 U.S.C. §455(a) and §455(b)(4).* by Rasheen Odom, Jessica Csepku, Jesus Coombs, Joseph Saviano, Monique Morene, Edward Weber, Roseanne Mustacchia, Natalya Hogan, Angela Velez, Georgiann Gratsley, Frankie Trotman, Mervilyn Wallen, Maria Figaro, Yulanda Smith, Sancha Browne, Paula Smith, Zena Wouadjou, Charisse Ridulfo, Tracy Ann Francis Martin, Kareem Campbell, Lyndsay Wanser, Michelle Hemmings Harrington, Mark Ayne, Carla Grant, Ophela Inniss, Sarah Wiesel, Suzanne Shroeter, Wanser Lydsay, Cassandra Chandler, Christian Murillo, Aura Moody, Evelyn Zapata, Dianne Baker–Pacius, Sean Milan, Sonia Hernandez, Bruce Reid, Joseph Rullo, Curtis Boyce, Remo Dello Ioio, Elizabeth Loiacono, Marvilyn Wallen, Dawn Schol, Suzanne Schroeter, Althea Brissett, Tracey Howard, Marc Rosiello, Audrey Dennis, Marie Joseph, Patricia Catoire, Sally Mussafi, Colette Caesar, Bertram Scott, Diane Pagen, Stella M Preston, Rachelle Garcia, Julie Lawley, Susanne Phillip, Maria Estrada, Jennette Frazer, Suzanne Deegan, Maritza Romero, Julia Harding, Christine O'Reilly, Ayse Ustares, Sara Coombs–Moreno. (Attachments: # 1 Exhibit Ex. 1 – Judicial Candidate Questionaire, # 2 Exhibit Ex. 2 – Viking $500M Investment, # 3 Exhibit Ex. 3 – Dr. Ladapo, # 4 Exhibit Ex. 4 – Vaccine Sold in U.S., # 5 Exhibit Ex. 5 – Vaccine # in NY, # 6 Exhibit Ex. 6 Confirmation Bio, # 7 Exhibit Ex. 7 – Federal Financials, # 8 Exhibit Ex. 8 – 2021 Financials, # 9 Exhibit Ex. 9 –2022 Financials) (Saint–George Esq., Jo) (Entered: 10/25/2024) |
| 10/25/2024 | 111 | NOTICE OF APPEAL by Rasheen Odom, Jessica Csepku, Jesus Coombs, Joseph Saviano, Monique Morene, Edward Weber, Roseanne Mustacchia, Natalya Hogan, Angela Velez, Georgiann Gratsley, Frankie Trotman, Mervilyn Wallen, Maria Figaro, Yulanda Smith, Sancha Browne, Paula Smith, Zena Wouadjou, Charisse Ridulfo, Tracy Ann Francis Martin, Kareem Campbell, Lyndsay Wanser, Michelle Hemmings Harrington, Mark Ayne, Carla Grant, Ophela Inniss, Sarah Wiesel, Suzanne Shroeter, Wanser Lydsay, Cassandra Chandler, Christian Murillo, Aura Moody, Evelyn Zapata, Dianne Baker–Pacius, Sean Milan, Sonia Hernandez, Bruce Reid, Joseph Rullo, Curtis Boyce, Remo Dello Ioio, Elizabeth Loiacono, Marvilyn Wallen, Dawn Schol, Suzanne Schroeter, Althea Brissett, Tracey Howard, Marc Rosiello, Audrey Dennis, Marie Joseph, Patricia Catoire, Sally Mussafi, Colette Caesar, Bertram Scott, Diane Pagen, Stella M Preston, Rachelle Garcia, Julie Lawley, Susanne Phillip, Maria Estrada, Jennette Frazer, Suzanne Deegan, Maritza Romero, Julia Harding, Christine O'Reilly, Ayse Ustares, Sara Coombs–Moreno. Appeal Record due by 10/25/2024. (Saint–George Esq., Jo) (Entered: 10/25/2024) |
| 10/27/2024 | 112 | NOTICE OF INTERLOCUTORY APPEAL as to 99 Order on Motion to Dismiss for Failure to State a Claim,,,,,, Order on Motion for Pre Motion Conference,,,,,, Order on Motion for Sanctions,,,,,, Order on Motion to Vacate,,,,,, Order on Motion to Amend/Correct/Supplement,,,,,, Order on Motion for Extension of Time to File,,,,,, Order on Motion to Strike,,,,,,,,,,,,,, Order on Motion to Continue,,,,,,,,,,, Order on Motion to Stay,,,,,,,,,,, Memorandum & Opinion,,,, by Rasheen Odom, Jessica Csepku, Jesus Coombs, Joseph Saviano, Monique Morene, Edward Weber, Roseanne Mustacchia, Natalya Hogan, Angela Velez, Georgiann Gratsley, Frankie Trotman, Mervilyn Wallen, Maria Figaro, Yulanda Smith, Sancha Browne, Paula Smith, Zena Wouadjou, Charisse Ridulfo, Tracy Ann Francis Martin, Kareem Campbell, Lyndsay Wanser, Michelle Hemmings Harrington, Mark Ayne, Carla Grant, Ophela Inniss, Sarah Wiesel, Suzanne Shroeter, Wanser Lydsay, Cassandra Chandler, Christian Murillo, Aura Moody, Evelyn Zapata, Dianne Baker–Pacius, Sean Milan, Sonia Hernandez, Bruce Reid, Joseph Rullo, Curtis Boyce, Remo Dello Ioio, Elizabeth Loiacono, Marvilyn Wallen, Dawn Schol, Suzanne Schroeter, Althea Brissett, Tracey Howard, Marc Rosiello, Audrey Dennis, Marie Joseph, Patricia Catoire, Sally Mussafi, Colette Caesar, Bertram Scott, Diane Pagen, Stella M Preston, Rachelle Garcia, Julie Lawley, Susanne Phillip, Maria Estrada, Jennette Frazer, Suzanne Deegan, Maritza Romero, Julia Harding, Christine O'Reilly, Ayse Ustares, Sara Coombs–Moreno. Appeal Record due by 10/27/2024. (Saint–George Esq., Jo) (Entered: 10/27/2024) |
| 10/28/2024 | | APPEAL FILING FEE DUE re 112 Notice of Interlocutory Appeal, Payment in the amount of $605.00, can be made in person to the clerks office, or mailed in or paid online with the event *Civil Case Appeal Filing Fee*. (VJ) (Entered: 10/28/2024) |

| 10/28/2024 | | Electronic Index to Record on Appeal sent to US Court of Appeals. <u>112</u> Notice of Interlocutory Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 10/28/2024) |