**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: April 7, 2025
Docket #: 24-3252
Short Title: Women of Color for Equal Justice v. The City of New York

DC Docket #: 1:22-cv-2234
DC Court: EDNY (BROOKLYN)
DC Judge: Trial Judge - Eric R. Komitee

## NOTICE OF DEFECTIVE FILING

On April 04, 2025 the Stay Status Update Letter, on behalf of the Appellant Remo Dello Ioio, Suzanne Deegan, Maritza Romero, Julia Harding, Christine O'Reilly, Sara Coombs-Moreno, Jesus Coombs, Angela Velez, Sancha Browne, Zena Wouadjou, Charisse Ridulfo, Tracy Ann Francis Martin, Kareem Campbell, Michelle Hemmings Harrington, Carla Grant, Ophela Inniss, Cassandra Chandler, Aura Moody, Evelyn Zapata, Sean Milan, Sonia Hernandez, Bruce Reid, Joseph Rullo, Curtis Boyce, Rasheen Odom, Jessica Csepku, Joseph Saviano, Edward Weber, Roseanne Mustacchia, Frankie Trotman, Maria Figaro, Paula Smith, Lyndsay Wanser, Sarah Wiesel, Christian Murillo, Dianne Baker-Pacius, Dawn Schol, Suzanne Schroeter, Althea Brissett, Tracey Howard, Marc Rosiello, Audrey Dennis, Marie Joseph, Patricia Catoire, Sally Mussafi, Colette Caesar, Bertram Scott, Diane Pagen, Stella M Preston, Rachelle Garcia, Julie Lawley, Susanne Phillip, Maria Estrada, Jennette Frazer, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
 _____ Missing proof of service
 _____ Served to an incorrect address
 _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
 _____ Incorrect caption *(FRAP 32)*

    _____   Wrong color cover *(FRAP 32)*
    _____   Docket number font too small *(Local Rule 32.1)*
_____   Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____   Incorrect font *(FRAP 32)*
_____   Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____   Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____   Untimely filing
_____   Incorrect Filing Event
**\_\_\_X\_\_\_   Other: Personal Identification information (e.g. date of birth) on all pages in which it appears must be redacted. Please be sure the PDF document pages are in the correct order prior to uploading. A single PDF document not to exceed 10 MB may be filed. Create a new filing and re-file.**

     Please cure the defect(s) and resubmit the document, with the required copies if necessary, **no later than April 09, 2025**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

     Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8543.