# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of April, two thousand twenty-five.

_____

Remo Dello Ioio, et al.,

        Plaintiffs - Appellants,

v.

City of New York, New York City Department of Health and Mental Hygiene, Ashwin Vasan, Commissioner of the Department of Health and Mental, New York City Department of Education, Does 1-20, Eric L. Adams,

        Defendants - Appellees.

**ORDER**

Docket No. 24-3252

_____

On March 18, 2025, the Court issued a notice pursuant to Federal Rule of Appellate Procedure 4(a)(4), staying this appeal due to a pending motion in the district court. The district court having decided the motion in an order dated March 25, 2025,

IT IS ORDERED that the stay of this appeal is hereby lifted.

It is further ORDERED that Appellants' opening brief and appendix must be filed by June 3, 2025. The appeal will be dismissed effective June 3, 2025, if the opening brief and appendix are not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court