UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-3252

**Caption [use short title]**

**Motion for:** Extension of Briefing Schedule

**Set forth below precise, complete statement of relief sought:**

Continue Briefing from June 2 to July 12, 2025 due to persistent medical issues - counsel of record for Appellants suffers from Lupus and needs another out-patient procedure and need time time for funeral for dear aunt.

Women of Color for Equal Justice et al. v. City of New York, et all

**MOVING PARTY:** Women of Color for Equal Justice
**OPPOSING PARTY:** City of New York

[✔] Plaintiff    [ ] Defendant
[ ] Appellant/Petitioner   [ ] Appellee/Respondent

**MOVING ATTORNEY:** Jo Saint-George
**OPPOSING ATTORNEY:** Jonathan Schoepp-Wong

[name of attorney, with firm, address, phone number and e-mail]

Jo Saint-George - Women of Color for Equal Justice
350 E. Diamond Ave, Ste 4077 (Remote address)
Gaithersburg, MD 20877

100 Church Street   - New York City Law Department
New York, New York 10007
jschoepp@law.nyc.gov

**Court- Judge/ Agency appealed from:** Eric Komitteee

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes    [ ] No (explain):

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✔] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✔] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  [ ] Yes [ ] No
Has this relief been previously sought in this court?  [ ] Yes [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  [ ] Yes  [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes [✔] No   If yes, enter date:

**Signature of Moving Attorney:**

Jo Saint-George     **Date:** 5-16-2025     Service by: [✔] CM/ECF   [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# No. 24-3252

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

_____

**Women of Color For Equal Justice, et al.**
*Plaintiffs-Appellants*

v.

**The City of New York, et al**
*Defendants-Respondents*

_____

*On Appeal from the United States District Court for*
*The Eastern District of New York*

**PLAINTIFFS-APPELLANTS' MOTION TO
CONTINUE BRIEFING DEADLINE**

Jo Saint-George, Esq.
Women of Color For Equal Justice
14216 Dunwood Valley Dr.
Bowie, MD 20721-1246
(602) 326-8663
jo@woc4equaljustice.org

In accordance with Local Rule 27.1(f)(1) Plaintiffs-Appellants herein request due to extraordinary circumstances – medical procedure - that the current briefing schedule for the parties is continued as follows:

|  | **Current Deadline** | **Continued Deadline** |
|---|---|---|
| Plaintiffs-Appellants | June 2, 2025 | July 2, 2025 |
| Defendants – Appellees | Continued equal to number of days that the extension is granted | |

This motion is supported by the Affidavit of Jo Saint-George, Esq. attached as <u>Exhibit 1</u>, which explains the recent hospital emergency room visit by counsel for Appellants. Having shown good cause consistent with extension granted in the case *RLI Insurance Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013), counsel respectfully request a continuance for 30 days.

Date:  5/16/2025                                                                                               Respectfully Submitted,

/s / *Jo Saint-George, Esq.*
Jo Saint-George, Esq.
Women of Color For Equal Justice
(602) 326-8663
jo@woc4equaljustice.org

# EXHIBIT #1

Case No. 24-3252

## SUPPLEMENTAL AFFIDAVIT OF JO SAINT-GEORGE

STATE OF ARIZONA           )
                           ) ss.
COUNTY OF MARICOPA         )

Jo Saint-George, being first duly sworn on oath, deposes and declares under the penalty of perjury in the State of New York the jurisdiction of the underlying case and states as follows:



Dated May 16, 2025.                    /s / *Jo Saint-George, Esq.*
                                       Jo Saint-George, Esq.

Page 1 of 1