# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of May, two thousand twenty-five.

Before:     Alison J. Nathan,
                *Circuit Judge.*

_____

Remo Dello Ioio, et al.,

        Plaintiffs - Appellants,

v.

City of New York, et al.,

        Defendants - Appellees.

_____

**ORDER**

Docket No. 24-3252

Appellants move for a 40-day extension to file the opening brief and appendix.

IT IS HEREBY ORDERED that the motion is GRANTED, absent objection. The brief and appendix must be filed by July 14, 2025.

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

